1 │ SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2 │     Including Professional Corporations
    JILL M. PIETRINI (Cal. Bar No. 138335)
3 │ jpietrini@sheppardmullin.com
    PAUL A. BOST (Cal. Bar No. 261531)
4 │ pbost@sheppardmullin.com
    1901 Avenue of the Stars, Suite 1600
5 │ Los Angeles, California 90067-6055
    Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701
6 │
    Attorneys for Defendants
7 │



FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

8 │          UNITED STATES DISTRICT COURT

9 │         CENTRAL DISTRICT OF CALIFORNIA

10 │            WESTERN DIVISION

| | |
|---|---|
| 11   BETWEEN THE LINES PRODUCTIONS, LLC a California limited liability company, | Case No. 2:14-cv-00104-R (PJWx) |
| 12 | |
| 13        Plaintiff, | **DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND DEFENDANTS' REQUEST FOR JURY TRIAL** |
| 14        v. | |
| 15   LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company, | |
| 16 | |
| 17 | |
| 18        Defendants. | Judge: Hon. Manuel L. Real |
| 19 | |
| 20   SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company, | |
| 21 | |
| 22       Counterclaimant, | |
| 23        v. | |
| 24   BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company, and Does 1-10, inclusive, | |
| 25 | |
| 26       Counter-Defendants. | |
| 27 | |
| 28 | |

Defendants and Counterclaimants Lions Gate Entertainment Corp. ("Lions Gate") and Summit Entertainment, LLC ("Summit") (collectively, "Defendants") hereby answer the Complaint of Plaintiff and Counter-Defendant Between the Lines Productions, LLC ("Plaintiff") as follows:

<u>**JURISDICTION AND VENUE**</u>

**A.    SUBJECT MATTER JURISDICTION**

1.    Defendants admit that Plaintiff's action arises under the laws of the United States and that the first two counts may be entertained under the original jurisdiction of this Court.  Defendants deny the remaining allegations in Paragraph 1 of the Complaint.

2.    Admit.

3.    Admit.

4.    Defendants cannot admit or deny Paragraph 4 of the Complaint because it is not an allegation but a request of the Court.  Further, Defendants deny that Count III is a valid claim.

**B.    PERSONAL JURISDICTION**

5.    Defendants admit that Lions Gate is a publicly traded North American company listed on the New York Stock Exchange with a small office in New York. Defendants deny the remaining allegations in Paragraph 5 of the Complaint.

6.    Defendants admit that Summit is a wholly-owned subsidiary of Lions Gate that transacts business within the Southern District of New York.  Defendants deny the remaining allegations in Paragraph 6 of the Complaint.

**C.    VENUE**

7.    Defendants admit that they transact business in the Southern District of New York.  Defendants deny the remaining allegations in Paragraph 7 of the Complaint, and particularly that venue in the Southern District of New York was or is a convenient forum for Plaintiff, a California limited liability company, and Defendants, both of which are headquartered in California.

-2-

## PARTIES

**A.    PLAINTIFF**

8.      Defendants admit that Plaintiff is a California liability company. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 8 of the Complaint and on that basis deny them.

9.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 9 of the Complaint and on that basis deny them.

10.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 10 of the Complaint and on that basis deny them.

11.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 11 of the Complaint and on that basis deny them.

**B.    DEFENDANTS**

12.      Defendants admit that Lions Gate is a Canadian company, headquartered in California and in the business of motion picture production and distribution, television programming and syndication, home entertainment, family entertainment, digital distribution, new channel platforms and international distribution and sales.  Defendants deny the remaining allegations in Paragraph 12 of the Complaint.

13.      Admit.

14.      Admit.

15.      Admit.

/ / /

/ / /

-3-

## THE TWILIGHT SAGA MOVIE FRANCHISE

**A.    BOOK**

17.    Defendants admit that Stephenie Meyer is the author of a series of four novels, the first of which is named *Twilight*.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 17 of the Complaint or their purported source and on that basis deny them.[1]

18.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 18 of the Complaint or their purported source and on that basis deny them.

19.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 19 of the Complaint or their purported source and on that basis deny them.

**B.    MOVIES**

20.    Defendants admit that Summit, on November 21, 2008, released the movie *Twilight* in the United States, which was based on the best-selling book of the same name by Stephenie Meyer.  Defendants admit that *Twilight* and its sequels are referred to as *The Twilight Saga*.  Defendants admit that *Twilight* is, in part, a fantasy romance about teenagers and vampires who attend a high school in the United States.  Defendants deny the remaining allegations of Paragraph 20 of the Complaint.

21.    Defendants admit that Summit, on November 20, 2009, released the second movie in *The Twilight Saga*, *The Twilight Saga:  New Moon* ("*New Moon*"), in the United States, which was based on the best-selling book *New Moon* by Stephenie Meyer.  Defendants are without knowledge or information sufficient to

---

[1]    The Complaint does not include a Paragraph 16.  Thus, Defendants have omitted Paragraph 16 from their Answer.

form a belief as to the remainder of allegations in Paragraph 21 of the Complaint and on that basis deny them.

22.     Defendants admit that Summit, on June 30, 2010, released the third movie in *The Twilight Saga*, *The Twilight Saga: Eclipse* ("*Eclipse*"), in the United States.

23.     Defendants admit that Summit, on November 18, 2011, released the fourth movie in *The Twilight Saga*, *The Twilight Saga: Breaking Dawn – Part 1*, in the United States.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 23 of the Complaint and on that basis deny them.

24.     Defendants admit that Summit, on November 16, 2012, released the fifth movie in *The Twilight Saga*, *The Twilight Saga: Breaking Dawn – Part 2*, in the United States.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 24 of the Complaint and on that basis deny them.

**C.     "TWIHARD" FANATICS**

25.     Defendants admit that *Twilight* has a dedicated and loyal fan base, the fact of which was documented by the media.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 25 of the Complaint and on that basis deny them.

26.     Defendants admit that the term "twihard" has been used to refer to fans of *The Twilight Saga*.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 26 of the Complaint and on that basis deny them.

27.     Defendants admit that the term "twihard" has been used to refer to fans of *The Twilight Saga*.  Defendants are without knowledge or information sufficient to form a belief as to the remainder of allegations in Paragraph 27 of the Complaint or their purported source and on that basis deny them.

28.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 28 of the Complaint or their purported source and on that basis deny them.

29.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 29 of the Complaint or their purported source and on that basis deny them.

30.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 30 of the Complaint or their purported source and on that basis deny them.

31.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 31 of the Complaint or their purported source and on that basis deny them.

32.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 32 of the Complaint and on that basis deny them.

33.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 33 of the Complaint or their purported source and on that basis deny them.

34.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 34 of the Complaint or their purported source and on that basis deny them.

**D.     CONTROVERSIAL VIEWPOINTS**

35.     Defendants admit that *The Twilight Saga* is popular.  Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 35 of the Complaint and on that basis deny them.

36.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 36 of the Complaint and on that basis deny them.

-6-

37.     Defendants admit that teenagers are among the demographics to which Summit has marketed *The Twilight Saga*.  Defendants deny the remaining allegations in Paragraph 37 of the Complaint.

38.     Defendants admit that *The Twilight Saga* addresses some serious and mature issues.  Defendants deny the remaining allegations in Paragraph 38 of the Complaint.

39.     Defendants admit that Summit's counsel has written that *The Twilight Saga* is known for its wholesomeness.  Defendants deny the remaining allegations in Paragraph 39 of the Complaint.

40.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 40 of the Complaint or their purported source and on that basis deny them.

41.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 41 of the Complaint or their purported source and on that basis deny them.

42.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 42 of the Complaint or their purported source and on that basis deny them.

43.     Deny.

44.     Defendants admit that one of the main plots of *The Twilight Saga* is the relationship between Bella Swan and Edward Cullen.  Defendants deny the remaining allegations of Paragraph 44 of the Complaint.

45.     Deny.

46.     Deny.

/ / /

/ / /

## **DEFENDANTS' SELF-AUTHORIZED SPOOFS OF**
## *THE TWILIGHT SAGA* MOVIES

**A.    VAMPIRE SUCKS (2010)**

47.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 47 of the Complaint and on that basis deny them.

48.    Deny.

49.    Deny.

50.    Deny.

51.    Deny.

52.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 52 of the Complaint and on that basis deny them.

53.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 53 of the Complaint and on that basis deny them.

54.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 54 of the Complaint and on that basis deny them.

55.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 55 of the Complaint and on that basis deny them.

56.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 56 of the Complaint and on that basis deny them.

57.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 57 of the Complaint and on that basis deny them.

58.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 58 of the Complaint and on that basis deny them.

59.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 59 of the Complaint and on that basis deny them.

60.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 60 of the Complaint and on that basis deny them.

61.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 61 of the Complaint and on that basis deny them.

62.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 62 of the Complaint and on that basis deny them.

63.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 63 of the Complaint and on that basis deny them.

64.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 64 of the Complaint and on that basis deny them.

65.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 65 of the Complaint and on that basis deny them.

**B.     BREAKING WIND (2012)**

66.     Defendants admit that *Breaking Wind* is an authorized parody of *Eclipse*.

67.     Defendants admit that *Breaking Wind* relates to characters and plotlines in *The Twilight Saga*.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 67 of the Complaint and on that basis deny them.

68.     Defendants admit that *Breaking Wind* relates to characters and plotlines in *Eclipse*.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 68 of the Complaint and on that basis deny them.

69.     Defendants admit that *Breaking Wind* was marketed with Defendants' permission as a parody of *The Twilight Saga*.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 69 of the Complaint and on that basis deny them.

70.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 70 of the Complaint and on that basis deny them.

71.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 71 of the Complaint and on that basis deny them.

72.     Defendants admit that Lions Gate provided this synopsis to certain retailers of *Breaking Wind*.  Plaintiff has added bolded fonts and underlines to the synopsis which were not present in the version provided by Defendants.

73.     Defendants admit that a subsidiary of Lions Gate released *Breaking Wind*, which was marketed with Defendants' permission as a parody of *The Twilight Saga*.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 73 of the Complaint and on that basis deny them.

74.     Admit.

75.    Defendants admit that *Breaking Wind* was theatrically released in foreign markets, including Brazil, Italy, the Philippines, and Singapore.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 75 of the Complaint and on that basis deny them.

76.    Admit.

77.    Defendants admit that *Breaking Wind* is available for digital download at the Apple iTunes store.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 77 of the Complaint and on that basis deny them.

78.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 78 of the Complaint and on that basis deny them.

79.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 79 of the Complaint and on that basis deny them.

80.    Defendants admit that a version of *Breaking Wind* released in the U.S. is labeled as "Unrated/Director's Cut."  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 80 of the Complaint and on that basis deny them.

81.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 81 of the Complaint and on that basis deny them.

### *TWIHARDER*:  PLAINTIFF'S COMEDIC SPOOF

**A.    PRODUCTION**

82.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 82 of the Complaint and on that basis deny them.

83.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 83 of the Complaint and on that basis deny them.

84.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 84 of the Complaint and on that basis deny them.

85.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 85 of the Complaint and on that basis deny them.

86.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 86 of the Complaint and on that basis deny them.

87.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 87 of the Complaint and on that basis deny them.

**B.     KEY "TWIHARDER ASSETS"**

88.     Defendants cannot admit or deny Paragraph 88 of the Complaint because it is not an allegation.

89.     Defendants cannot admit or deny Paragraph 89 of the Complaint because it is not an allegation.

**C.     INITIAL USE IN COMMERCE OF *TWIHARDER* MOVIE TITLE**

90.     Deny.

91.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 91 of the Complaint and on that basis deny them.

92.     Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 92 of the Complaint and on that basis deny them.

**D.      INITIAL PRODUCTION OF PLAINTIFF'S AUDIOVISUAL WORKS**

93.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 93 of the Complaint and on that basis deny them.

94.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 94 of the Complaint and on that basis deny them.

95.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 95 of the Complaint and on that basis deny them.

96.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 96 of the Complaint and on that basis deny them.

97.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 97 of the Complaint and on that basis deny them.

**E.      INITIAL USE IN COMMERCE OF PLAINTIFF'S LOGO & TRADE DRESS**

98.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 98 of the Complaint and on that basis deny them.

99.      Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 99 of the Complaint and on that basis deny them.

**F.      *<TWIHARDER>* WEBSITE**

100.    Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 100 of the Complaint and on that basis deny them.

1    101.   Defendants admit that the website on <www.twiharder.com> is

2    operational and appears to serve as promotional website for the motion picture

3    *Twiharder*.  Defendants are without knowledge or information sufficient to form a

4    belief as to the remaining allegations in Paragraph 101 of the Complaint and on that

5    basis deny them.

6    102.   Defendants admit that the quoted language appears on the website on

7    <www.twiharder.com>.  Defendants are without knowledge or information

8    sufficient to form a belief as to the remaining allegations in Paragraph 102 of the

9    Complaint and on that basis deny them.

10   **DEFENDANTS' OBJECTIVELY BASELESS C&D CAMPAIGN**

11   **A.   "TWIHARDER" VS. "TWIHARD"**

12   103.   Defendants admit that it received an email from Amy Wright who

13   purported to act on behalf of Plaintiff.  Defendants deny that Ms. Wright's legal

14   analysis and factual recitation stated in such correspondence is or was correct.

15   104.   Admit.

16   105.   Defendants admit that on December 14, 2011, Summit requested that

17   the PTO divide its application to register TWIHARD, Ser. No. 85/128,736.

18   **B.   DEFENDANTS' INTERFERENCE WITH WORLDWIDE**

19   **DISTRIBUTION**

20   106.   Defendants are without knowledge or information sufficient to form a

21   belief as to the allegations in Paragraph 106 of the Complaint and on that basis deny

22   them.

23   107.   Defendants admit that on June 13, 2012, Summit requested a second

24   extension with the PTO to file a Statement of Use with respect to its application to

25   register TWIHARD, Ser. No. 85/128,736.  Defendants deny the remaining

26   allegations in Paragraph 107 of the Complaint.

27   108.   Deny.

28

-14-

109.   Defendants admit that Summit's attorneys sent Plaintiff a cease and desist letter dated June 27, 2012 regarding *Twiharder*.  Defendants deny that the letter was a "sham" and the remaining allegations in Paragraph 109 of the Complaint.

110.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's cease and desist letter dated June 27, 2012 to Plaintiff.  Defendants deny the remaining allegations in Paragraph 110 of the Complaint.

111.   Defendants admit that Summit's cease and desist letter dated June 27, 2012 to Plaintiff included certain demands of Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 111 of the Complaint.

112.   Defendants admit that Summit first communicated with an individual purporting to act on the behalf of Plaintiff in December 2011.  Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 112 of the Complaint and on that basis deny them.

113.   Admit.

114.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's attorneys' letter to Plaintiff's attorney dated April 18, 2013.  Defendants deny the remainder of the allegations in Paragraph 114 of the Complaint.

115.   Defendants admit that the blocked quotes referenced by Plaintiff are from Summit's cease and desist letter dated June 27, 2012 to Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 115 of the Complaint.

116.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's cease and desist letter dated June 27, 2012 to Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 116 of the Complaint.

117.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's letter dated July 24, 2012 to Plaintiff's attorney.  Defendants deny the remainder of the allegations in Paragraph 117 of the Complaint.

118.   Defendants cannot admit or deny Paragraph 118 of the Complaint because it is not an allegation, but a legal conclusion.

119.   Deny.

120.   Deny.

121.   Defendants cannot admit or deny Paragraph 121 of the Complaint because it is not an allegation, but a legal conclusion.

122.   Deny, to the extent Defendants understand the allegation, which is unintelligible.

123.   Deny.

124.   Deny.

125.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's cease and desist letter dated June 27, 2012 to Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 125 of the Complaint.

126.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's cease and desist letter dated June 27, 2012 to Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 126 of the Complaint.

127.   Defendants admit that the blocked quote referenced by Plaintiff is from Summit's letter dated July 24, 2012 to Plaintiff's attorney.  Defendants deny the remainder of the allegations in Paragraph 127 of the Complaint.

128.   Defendants admit that their letter dated July 24, 2012 to Plaintiff's counsel included certain demands of Plaintiff.  Defendants deny the remainder of the allegations in Paragraph 128 of the Complaint.  Further, Plaintiff's allegations containing its interpretation of settlement of this dispute is improper under Fed.R.Evid. 408.

129.   Defendants admit that in correspondence dated October 3, 2012, Plaintiff's counsel wrote that Plaintiff would change the title of *Twiharder*, surrender its domain name, and graphically alter its movie logo as part of a mutual release and settlement.  Defendants deny the remainder of the allegations in

-16-

1   Paragraph 129 of the Complaint.  Further, Plaintiff's allegations containing its
2   interpretation of settlement of this dispute is improper under Fed.R.Evid. 408.

3       130.   Defendants admit that the blocked quote referenced by Plaintiff is from
4   Summit's letter dated October 30, 2012 to Plaintiff's attorney.  Defendants deny the
5   remainder of the allegations in Paragraph 130 of the Complaint.  Further, Plaintiff's
6   allegations containing its interpretation of settlement of this dispute is improper
7   under Fed.R.Evid. 408.

8       131.   Defendants admit that the quote referenced by Plaintiff is from
9   Summit's letter dated January 15, 2013 to Plaintiff's attorney, albeit in the following
10  context (which Plaintiff omitted):  "Summit cannot agree to settlement of this
11  dispute short of Between the Lines Productions' agreement to stop all display and
12  efforts to distribute the *Twiharder* film, including any use on any websites or
13  solicitations for sale or distribution."  Defendants deny the remainder of the
14  allegations in Paragraph 131 of the Complaint.  Further, Plaintiff's allegations
15  containing its interpretation of settlement of this dispute is improper under
16  Fed.R.Evid. 408.

17      132.   Defendants admit that the blocked quote referenced by Plaintiff
18  combines two sentences from Summit's letter dated January 15, 2013 to Plaintiff's
19  attorney, although Plaintiff has misleadingly edited the two sentences so that they
20  appear to have appeared in succession, when, in fact, they do not.  Defendants deny
21  the remainder of the allegations in Paragraph 132 of the Complaint.  Further,
22  Plaintiff's allegations containing its interpretation of settlement of this dispute is
23  improper under Fed.R.Evid. 408.

24      133.   Defendants admit that the blocked quote referenced by Plaintiff is from
25  Summit's letter dated July 24, 2012 to Plaintiff's attorney.  Defendants deny the
26  remainder of the allegations in Paragraph 133 of the Complaint.

27

28

134. Defendants are without knowledge or information sufficient to form a belief as to the allegations in Paragraph 134 of the Complaint and on that basis deny them.

135. Deny.

136. Deny.

137. Defendants admit that the blocked quote referenced by Plaintiff is from Summit's letter dated January 15, 2013 to Plaintiff's attorney. Defendants deny the remainder of the allegations in Paragraph 137 of the Complaint.

## COUNT I

## (Declaratory Judgment of Non-Infringement – Copyrighted Motion Pictures)

138. Defendants repeat and reallege every response set forth above as if set forth fully herein.

139. Defendants admit that the parties' dispute regarding Plaintiff's copyright infringement suffices to establish a "case of actual controversy." Defendants deny the remainder of the allegations in Paragraph 139 of the Complaint.

140. Defendants cannot admit or deny Paragraph 140 of the Complaint because it is not an allegation.

141. Defendants cannot admit or deny Paragraph 141 of the Complaint because it is not an allegation.

142. Defendants cannot admit or deny Paragraph 142 of the Complaint because it is not an allegation.

143. Defendants cannot admit or deny Paragraph 143 of the Complaint because it is not an allegation.

/ / /

/ / /

1

<div align="center">

**COUNT II**

**(Declaratory Judgment of Non-Infringement/Non-Dilution – Trademarks &**

**Servicemarks)**

</div>

4          144.   Defendants repeat and reallege every response set forth above as if set

5    forth fully herein.

6          145.   Defendants admit that Summit sent Plaintiff a cease and desist letter

7    dated June 27, 2012, the contents of which speak for itself.  Defendants deny the

8    remaining allegations of Paragraph 145 of the Complaint.

9          146.   Defendants admit that Summit has not withdrawn its allegation that

10   Plaintiff's actions violate Summit's rights under the Lanham Act.  Defendants deny

11   the remaining allegations of Paragraph 146.

12         147.   Defendants cannot admit or deny Paragraph 141 of the Complaint

13   because it is not an allegation.

14         148.   Defendants cannot admit or deny Paragraph 142 of the Complaint

15   because it is not an allegation.

<div align="center">

**COUNT III**

**(Prima Facie Tort – Damages)**

</div>

18         149.   Defendants repeat and reallege every response set forth above as if set

19   forth fully herein.

20         150.   Deny.

21         151.   Deny.

22         152.   Deny.

23         153.   Deny.  Further, Plaintiff's allegations containing its interpretation of

24   settlement of this dispute is improper under Fed.R.Evid. 408.

25         154.   Deny.

26         155.   Deny.

27   / / /

28

**PLAINTIFF'S PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to (i) any judgment, declaration, order, or decree against Defendants and/or (ii) any relief – equitable or otherwise – requested in Plaintiff's prayer for relief.

**DEMAND FOR JURY TRIAL**

Defendants request a trial by jury on all issues so triable in this action.

**DEFENDANTS' AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

**(Failure to State a Claim)**

Plaintiff fails to state a claim for which relief can be granted.

**SECOND DEFENSE**

**(Laches)**

Plaintiff's claims are barred, in whole or part, by the doctrine of laches.

**THIRD DEFENSE**

**(Acquiescence)**

Plaintiff's claims are barred, in whole or part, by the doctrine of acquiescence.

**FOURTH DEFENSE**

**(Waiver)**

Plaintiff's claims are barred, in whole or part, by the doctrine of waiver.

**FIFTH DEFENSE**

**(Estoppel)**

Plaintiff's claims are barred, in whole or part, by the doctrine of estoppel.

**SIXTH DEFENSE**

**(Privilege)**

Plaintiff's claims are barred, in whole or part, because Defendants' conduct is privileged.

/ / /

## SEVENTH DEFENSE

### (Unclean Hands)

Plaintiff's claims are barred, in whole or part, by the doctrine of unclean hands.

## EIGHTH DEFENSE

### (Abuse of Process)

Plaintiff's claims are barred, in whole or part, because of its and/or its counsel's abuse of process.

## NINTH DEFENSE

### (Vexatious Litigation – 28 U.S.C. § 1927)

Plaintiff's claims are barred, in whole or part, and/or its recovery, if any, is mitigated by its and/or its counsel's unreasonable and vexatious multiplication of proceedings.

## TENTH DEFENSE

### (Statute of Limitations)

Plaintiff's claims are barred, in whole or part, by the relevant statutes of limitations governing its claims.

## ELEVENTH DEFENSE

### (Subject-Matter Jurisdiction)

Plaintiff's claims are barred, in whole or part, because the Court lacks subject-matter jurisdiction.

## TWELFTH DEFENSE

### (Reservation of Rights and Remedies)

Defendants reserve the right to raise additional defenses as they become aware of them.

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

a.      Plaintiff take nothing by way of the Complaint and the Court dismiss the Complaint with prejudice;

b.      The Court enter judgment that Defendants are the prevailing party in this action;

c.      The Court award Defendants all their costs, expenses, and attorneys' fees; and

d.      The Court award any and all other relief to which Defendants may be entitled.

## SUMMIT'S COUNTERCLAIMS

Summit, for its counterclaims against Plaintiff, alleges as follows:

### JURISDICTION

1.      This action arises under the trademark and anti-dilution laws of the United States, 15 U.S.C. § 1125, *et seq.*; the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*; and under the statutory and common law of unfair competition.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b), and § 1367, 15 U.S.C. § 1121, and 17 U.S.C. § 501.  This action arises under the laws of the United States.

2.      Venue is proper under 28 U.S.C. § 1391(b) and (c) because Summit resides in this District and Plaintiff alleges it resides in this District, and, on information and belief, Plaintiff is subject to personal jurisdiction in this District, and/or a substantial part of the events or omissions giving rise to property that is the subject of the action is situated in this District.

### PARTIES

3.      Summit is a Delaware limited liability company having its principal place of business in Santa Monica, California.

4.      On information and belief, Plaintiff is a California limited liability

1  company having its principal place of business in Los Angeles, California, and, on

2  information and belief, did and/or is doing business in the State of California and in

3  this District.

4       5.     Does 1 through 10 are yet unknown persons that are or have been

5  involved in the production, distribution, and/or promotion of Plaintiff's *Twiharder*

6  motion picture, related promotional videos and materials, or related merchandise.

7       6.     Plaintiff is subject to personal jurisdiction in this District.

8  <div align="center">**FACTS**</div>

9  **Summit's Business, Trademarks, and Copyrights**

10       7.     Since at least as early as 1991, Summit and its predecessors have been

11  an active participant in the motion picture industry.  Summit has produced and

12  distributed films and related entertainment products, and has also been involved in

13  motion picture financing, production, and distribution services.

14       8.     Summit also licenses the trademarks associated with the motion

15  pictures it produces and distributes for use on various items of merchandise,

16  including clothing, beverageware, and bags.

17       9.     Summit is the producer and distributor of the highly successful *Twilight*

18  motion picture franchise, which is based on novels written by Stephenie Meyer.

19  The first movie in the series, *Twilight*, is about a teenage girl, Bella Swan, who falls

20  in love with a vampire, Edward Cullen.  Bella's other suitor in the film is Jacob

21  Black, a werewolf.  The film was theatrically released in the United States on

22  November 21, 2008.  Following the release of *Twilight*, Summit theatrically released

23  the following sequels: *The Twilight Saga: New Moon* ("*New Moon*"), released in

24  the U.S. on November 20, 2009; *The Twilight Saga: Eclipse* ("*Eclipse*"), released in

25  the U.S. on June 30, 2010; *The Twilight Saga: Breaking Dawn – Part 1*, released in

26  the U.S. on November 18, 2011; and, the final picture in the series, *The Twilight*

27  *Saga: Breaking Dawn – Part 2*, released in the U.S. on November 16, 2012

28  (collectively, the "*Twilight* Motion Pictures").  Each of the *Twilight* Motion Pictures

<div align="center">-23-</div>

1  was heavily promoted months before its release and was phenomenally successful at

2  the theatrical box office and in the home media market.

3         10.    Summit is the owner of the trademark TWILIGHT in block letters and

4  in a distinctive stylized font (the "stylized TWILIGHT mark"), the trademark THE

5  TWILIGHT SAGA, and other marks including the term TWILIGHT (collectively

6  the "TWILIGHT Marks").  Summit owns common law rights and federal

7  registrations of the following TWILIGHT Marks:  BELLA TWILIGHT in Class 14

8  (Reg. No. 4,222,783), BELLA TWILIGHT in Class 20 (Reg. No. 4,222,784),

9  LUNA TWILIGHT in Class 3 (Reg. No. 3,929,237), NOX TWILIGHT in Class 3

10 (Reg. No. 4,173,761), THE TWILIGHT SAGA in Class 4 (Reg. No. 4,079,451),

11 THE TWILIGHT SAGA in Class 5 (Reg. No. 4,016,125), THE TWILIGHT SAGA

12 in Class 9 (Reg. No. 4,177,174), THE TWILIGHT SAGA in Class 14 (Reg. No.

13 4,151,799), THE TWILIGHT SAGA in Class 16 (Reg. No. 4,177,175), THE

14 TWILIGHT SAGA in Class 16 (Reg. No. 4,321,492), THE TWILIGHT SAGA in

15 Class 18 (Reg. No. 4,324,927), THE TWILIGHT SAGA in Class 20 (Reg. No.

16 4,151,800), THE TWILIGHT SAGA in Class 20 (Reg. No. 4,321,493), THE

17 TWILIGHT SAGA in Class 21 (Reg. No. 4,165,921), THE TWILIGHT SAGA in

18 Class 21 (Reg. No. 4,335,388), THE TWILIGHT SAGA in Class 24 (Reg. No.

19 4,151,801), THE TWILIGHT SAGA in Class 24 (Reg. No. 4,321,494), THE

20 TWILIGHT SAGA in Class 25 (Reg. No. 4,147,960), THE TWILIGHT SAGA in

21 Class 26 (Reg. No. 4,339,211), THE TWILIGHT SAGA in Class 30 (Reg. No.

22 4,016,126), THE TWILIGHT SAGA in Class 41 (Reg. No. 4,175,800), THE

23 TWILIGHT SAGA in Class 45 (Reg. No. 4,012,682), TWILIGHT in Class 4 (Reg.

24 No. 4,175,905), TWILIGHT in Class 5 (Reg. No. 3,861,517), TWILIGHT in Class

25 9 (Reg. No. 3,884,386), TWILIGHT in Class 16 (Reg. No. 4,067,513), TWILIGHT

26 in Class 18 (Reg. No. 3,884,385), TWILIGHT in Class 21 (Reg. No. 4,063,716),

27 TWILIGHT in Class 25 (Reg. No. 3,944,718), TWILIGHT in Class 26 (Reg. No.

28 3,867,985), TWILIGHT in Class 28 (Reg. No. 4,096,676), TWILIGHT in Classes

20 & 24 (Reg. No. 4,109,098), TWILIGHT in Classes 9 & 41 (Reg. No. 4,084,243), TWILIGHT in Classes 41 & 45 (Reg. No. 3,756,560), TWILIGHT (Stylized) in Class 5 (Reg. No. 4,239,625), TWILIGHT (Stylized) in Class 9 (Reg. No. 4,175,456), TWILIGHT (Stylized) in Class 9 (Reg. No. 4,268,558), TWILIGHT (Stylized) in Class 11 (Reg. No. 4,175,208), TWILIGHT (Stylized) in Class 20 (Reg. No. 4,218,172), TWILIGHT (Stylized) in Class 21 (Reg. No. 4,094,221), TWILIGHT (Stylized) in Class 22 (Reg. No. 4,135,884), TWILIGHT (Stylized) in Class 24 (Reg. No. 4,103,469), TWILIGHT (Stylized) in Class 25 (Reg. No. 4,091,590), TWILIGHT (Stylized) in Class 30 (Reg. No. 4,350,445), TWILIGHT (Stylized) in Class 41 (Reg. No. 4,103,470), TWILIGHT (Stylized) in Class 45 (Reg. No. 3,817,079), TWILIGHT TRACKER in Class 9 (Reg. No. 3,793,131), THE TWILIGHT SAGA in Class 28 (Reg. No. 4,369,020), TWILIGHT (Stylized) in Class 18 (Reg. No. 4,368,828), TWILIGHT (Stylized) in Class 21 (Reg. No. 4,368,830), TWILIGHT BRIDAL in Class 21 (Reg. No. 4,369,085), TWILIGHT BRIDAL in Class 24 (Reg. No. 4,369,086), TWILIGHT (Stylized) in Class 26 (Reg. No. 4,372,794), BELLA TWILIGHT in Class 24 (Reg. No. 4,384,462), TWIHARD in Class 25 (Reg. No. 4,110,325), and TWIHARD in Class 25 (Reg. No. 4,376,816). True and correct copies of these certificates of registration are attached hereto as **Exhibit A**.  Summit also has many additional pending federal trademark applications to register the TWILIGHT Marks for use on various types of goods and services, copies of which are attached hereto as **Exhibit B**.  Summit's Stylized TWILIGHT mark is shown below:



11.    Summit has licensed its TWILIGHT trademark to third parties to sell on and in conjunction with clothing, bags, beverageware, and other products and services.  Summit's licensees first sold clothing bearing the TWILIGHT mark in May 2008 and first sold clothing bearing the TWIHARD mark in September 2008

1 | and continue to sell such clothing.

2 |      12.    By virtue of the popularity of the *Twilight* Motion Pictures, the

3 | significant sales of licensed merchandise, and the significant publicity relating to the

4 | *Twilight* Motion Pictures, among other things, the TWILIGHT Marks have

5 | developed secondary meaning in the marketplace and become famous.

6 |      13.    Summit is the copyright owner of all publicity, promotional, unit, and

7 | special shoot photography relating to the *Twilight* Motion Pictures. Specifically,

8 | and as pertinent to this matter, Summit is the copyright owner in promotional

9 | posters for *New Moon* depicting the characters Edward, Jacob, and Bella (the "New

10 | Moon Poster") and characters from *New Moon* known as the "Wolfpack" (the

11 | "Wolfpack Poster") as reflected immediately below:




22 | / / /

24 | / / /

26 | / / /

28 | / / /

Summit is also the copyright owner for a promotional poster for *Eclipse* depicting the characters Edward, Bella, and Jacob (the "Eclipse Poster"), as reflected immediately below:



Summit registered its copyright ownership in the New Moon Poster with the U.S. Copyright Office on November 6, 2009, which was granted Registration No. VA 1-689-491.  Summit registered its copyright ownership in the Wolfpack Poster with the U.S. Copyright Office on November 6, 2009, which was granted Registration No. VA 1-689-492.  Summit registered its copyright ownership in the Eclipse Poster with the U.S. Copyright Office on June 25, 2011, which was granted Registration No. VA 1-778-457.  True and correct copies of these registrations are attached hereto as **Exhibit C**.

14.     Summit also owns the copyrights in the *Twilight* Motion Pictures themselves.  Summit has registered its copyright ownership of the above works with the U.S. Copyright Office as follows:

| Title of Work | Reg. No. and Date | Authorship | Nature of Work |
|---|---|---|---|
| Twilight | PA 1-616-599 December 12, 2008 | Summit | Motion Picture |
| The Twilight Saga: New Moon | PA 1-653-512 November 24, 2009 | Summit | Motion Picture |

| The Twilight Saga: Eclipse | PA 1-689-175 July 2, 2010 | Summit | Motion Picture |
|---|---|---|---|
| The Twilight Saga: Breaking Dawn – Part 1 | PA 1-758-397 November 18, 2011 | Summit | Motion Picture |
| The Twilight Saga: Breaking Dawn – Part 2 | PA 1-812-965 November 13, 2012 | Summit | Motion Picture |

True and correct copies of the above copyright registrations are attached hereto as **Exhibit D**.

15.    Summit has licensed its copyrighted photographs to third parties to promote the *Twilight* Motion Pictures, as well as for use on clothing and other products related to the *Twilight* Motion Pictures and/or bearing the TWILIGHT mark.

16.    Summit owns copyrights in various other photographs and artwork associated with and derived from the *Twilight* Motion Pictures.

**Plaintiff and its Infringing Actions**

17.    On information and belief, Plaintiff is a production company in the business of developing and producing motion pictures.

18.    On information and belief, Plaintiff's principals are John Gearries and Christopher Sean Friel, a.k.a. or p.k.a. Christopher Sean.

19.    Around late 2011 or early 2012, Summit became aware of the fact that Plaintiff had produced or was producing a motion picture entitled *Twiharder* without Summit's authorization or permission.  The motion picture is based on the *Twilight* Motion Pictures – specifically, *Twilight* and *New Moon* – and their plotlines and characters.  The motion picture's title, *Twiharder*, is derived from the term "twihard," which is associated with the *Twilight* Motion Pictures and fans thereof, and, as reflected above, Plaintiff has registered its trademark rights in

TWIHARD for use with clothing.  To promote its motion picture, Plaintiff, without Summit's authorization, uses the word "twiharder" in a font intentionally similar to Summit's Stylized TWILIGHT Mark, as shown below:



20.    Plaintiff promotes its motion picture on a website on the domain name <www.twiharder.com>, which features, among other things, promotional artwork (described in greater detail below) and trailers for and music videos related to *Twiharder*.  Plaintiff solicits donations on its website that can be made via <PayPal.com>.  Plaintiff distributes through its website and other channels posters and other artwork to promote *Twiharder* and a purported sequel, *Twiharder:  Way Harder*, many of which, without Summit's authorization, intentionally approximate Summit's promotional materials for *New Moon* and *Eclipse*, as reflected below:

| Plaintiff's Work | Summit's Work |
| --- | --- |
| | |







Plaintiff offers for sale digital downloads of the above posters, as well as other artwork and music, on its website.

21.    Plaintiff has offered for sale and sold, without Summit's authorization, various types of merchandise – including clothing, hats, beverageware, coasters, notebooks, and tote bags – bearing the TWIHARDER mark and promotional

-30-

1    artwork related to *Twiharder*.  Photographs of examples of these infringing items

2    are attached hereto as **Exhibit E** and depicted immediately below:

 

 

  

-31-

1

2          22.     On information and belief, Plaintiff filed two applications to register

3    TWIHARDER.  The first such application was filed on July 14, 2010 and sought

4    registration of TWIHARDER for "fuel pumps for service stations," which was

5    assigned Ser. No. 85/084,979.  The specimen of use submitted with Plaintiff's first

6    application was a flyer relating to Plaintiff's motion picture.  On November 3, 2010,

7    the U.S. Patent & Trademark Office ("PTO") issued an Examiner's

8    Amendment/Priority Action refusing registration of this application on the ground

9    that the specimen submitted by Plaintiff did "not show the applied-for mark used in

10   connection with any of the goods and/or services specified in the application."

11   Plaintiff did not timely respond to the Examiner's Amendment/Priority Action,

12   resulting in the abandonment of that application.  Subsequently, on June 27, 2011,

13   Plaintiff filed another application to register TWIHARDER for "entertainment in the

14   nature of a series of short films and feature film," which was assigned Ser. No.

15   85/357,228.  On October 13, 2011, the PTO issued an office action refusing

16   registration of this application on a number of grounds, including Summit's prior-

17   filed application to register TWIHARD in Class 25, which Summit ultimately

18   divided and which matured into Registration Nos. 4,110,325 and 4,376,816.

19   Plaintiff never responded to the PTO's office action, and Plaintiff's second

20   application to register TWIHARDER – like its first – was abandoned.

21          23.     On or around June 27, 2012, Summit sent Plaintiff a cease and desist

22   letter demanding that it cease its above-described infringing actions and unfair

23   competition.  A true and correct copy of that letter is attached hereto as **Exhibit F**.

24   The parties and their counsels subsequently exchanged correspondences setting

25   forth their respective positions.

26          24.     In December 2012, representatives of Summit and its counsel attended

27   a screening of *Twiharder* at Plaintiff's former counsel's office and at the invitation

28   of Plaintiff and its former counsel.  The screening of the motion picture did not allay

1  Summit's fears but, instead, confirmed its belief that the motion picture and its

2  related promotional artwork infringed Summit's copyrights in and related to the

3  *Twilight* Motion Pictures and that Plaintiff's use of *Twiharder* as the title of its

4  motion picture and on merchandise was likely to confuse consumers into believing

5  that the motion picture and merchandise were associated, connected, or affiliated

6  with, or endorsed, sponsored, or approved by, Summit, when, in fact, they were not.

7  **The Parties' Litigation History**

8      25.    On May 28, 2013, Plaintiff, through its attorney James H. Freeman,

9  Esq., filed a 219-page "Anti-Trust Complaint" against Defendants in the Southern

10 District of New York, which was assigned to the Hon. Jed S. Rakoff and given case

11 number 1:13-cv-03584-JSR.  In this first case, Plaintiff claimed that it was entitled

12 to:  (1) a declaratory judgment that *Twiharder* was a fair use under 17 U.S.C. § 107;

13 (2) relief for Defendants' violation of the Digital Millennium Copyright Act; (3)

14 relief for Defendants' violation of the Sherman Anti-Trust Act; and (4) cancellation

15 of certain of the TWILIGHT Marks.  Plaintiff also raised a challenge to the

16 constitutionality of the fair use test articulated in 17 U.S.C. § 107.

17     26.    On June 28, 2013, Defendants filed a motion to transfer venue of the

18 case to the Central District of California.  On July 30, 2013, Judge Rakoff granted

19 Defendants' motion to transfer under 28 U.S.C. § 1404, and the action was

20 transferred to the Central District of California, where it was assigned to the Hon.

21 Margaret M. Morrow and assigned case number 2:13-cv-05699-MMM-CW.

22     27.    Once the action was transferred to the Central District of California,

23 Defendants filed two motions to dismiss pursuant to Fed.R.Civ.P. 12(b)(6).  In

24 response to Defendants' first motion, which sought dismissal of Plaintiff's antitrust

25 claim*,* trademark cancellation claim, and Digital Millennium Copyright Act claim,

26 Plaintiff voluntarily dismissed its trademark cancellation claim and Digital

27 Millennium Copyright Act claim by way of its First Amended Complaint.  In

28 response to the First Amended Complaint, Defendants filed their second motion to

1 dismiss, which again sought dismissal of Plaintiff's antitrust claim.  Instead of

2 defending the motion, Plaintiff filed an application for entry of default against

3 Defendants for filing the second motion to dismiss, which was invalid on its face

4 and not granted.

5      28.     Plaintiff then lodged numerous filings attacking the Clerk of the Court

6 and Judge Morrow, which were construed by Judge Morrow as a motion to recuse.

7 The motion to recuse was assigned to the Hon. Beverly Reid O'Connell and was

8 denied.  Defendants thereafter filed a motion to compel Plaintiff's production of

9 written responses and responsive documents, without objection, to Defendants' First

10 Set of Requests for Production of Documents and Other Things, with a hearing

11 scheduled for January 21, 2014.  While Defendants' motion to compel was pending

12 and after Plaintiff's application for entry of default and motion to recuse were

13 denied, Plaintiff voluntarily dismissed its lawsuit pursuant to Fed.R.Civ.P. 41(a)(1).

14      29.     The very next business day, December 16, 2013, Plaintiff re-filed its

15 case – the present action – again in the Southern District of New York, which Judge

16 Rakoff subsequently transferred – again – to this District.  In so ordering, Judge

17 Rakoff noted that Plaintiff's voluntary dismissal and refiling of the case in the

18 Southern District of New York was "a blatant case of attempting to evade the

19 transfer of this case to California."  Judge Rakoff further noted on the record that it

20 was "only because [Defendants' counsel] is not here will I not hear argument on

21 whether sanctions should be imposed on [P]laintiff's counsel."

22      30.     As of the filing of this Answer and Counterclaims, Plaintiff has not

23 served Defendants or their agents with a summons or a copy of the Complaint in this

24 case.  Nevertheless, Defendants are filing this Answer and Counterclaims in order to

25 move this case to completion, which has been delayed by Plaintiff's assertion of

26 meritless claims for damages and procedural shenanigans, including a motion

27 currently pending before Judge Rakoff to certify his transfer orders in the prior and

28 instant actions for interlocutory appeal to the Second Circuit.

1

2
## FIRST CAUSE OF ACTION

3
### (False Designation of Origin and Unfair Competition – 15 U.S.C. § 1125(a))

4
31.     Summit repeats and realleges each and every allegation of paragraphs 1

5
through 30, above, as though fully set forth herein.

6
32.     Plaintiff's use of TWIHARDER in connection with its motion picture

7
and promotional materials, merchandise, digital downloads, and other goods and

8
services related thereto as described above is likely to cause confusion, or to cause

9
mistake, or to deceive as to the affiliation, connection, or association of Plaintiff

10
with Summit or as to the origin, sponsorship, or approval of Plaintiff's motion

11
picture and promotional materials, merchandise, digital downloads, and other goods

12
and services related thereto by Summit or its commercial activities.

13
33.     Plaintiff's acts of false designation of origin, affiliation, association, or

14
sponsorship and unfair competition violate 15 U.S.C. § 1125(a).

15
34.     As a direct and proximate result of Plaintiff's wrongful acts, Summit

16
has suffered and continues to suffer and/or is likely to suffer damage to its

17
trademarks, business reputation, and goodwill.  Plaintiff will continue to use or, as

18
applicable, recommence use, unless restrained, of the TWIHARDER mark for its

19
motion picture and promotional materials, merchandise, digital downloads, and

20
other goods and services related thereto, which is confusingly similar to Summit's

21
TWILIGHT Marks and likely to be associated with the *Twilight* Motion Pictures.

22
Such conduct will cause irreparable damage to Summit.  Summit has no adequate

23
remedy at law and is entitled to an injunction restraining Plaintiff, its officers,

24
agents, and employees, and all persons acting in concert with Plaintiff, from

25
engaging in further acts of false designation of origin, affiliation, association, or

26
sponsorship and unfair competition.

27
35.     Summit is further entitled to recover from Plaintiff the actual damages

28
that it sustained and/or is likely to sustain as a result of Plaintiff's wrongful acts.

Summit is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to sustain by reason of Plaintiff's acts of false designation of origin, affiliation, association, or sponsorship and unfair competition.

36. Summit is further entitled to recover from Plaintiff the gains, profits, and advantages that Plaintiff has obtained as a result of its wrongful acts. Summit is presently unable to ascertain the extent of the gains, profits, and advantages that Plaintiff has realized by reason of its acts of false designation of origin, affiliation, association, or sponsorship and unfair competition.

37. Because of the willful nature of Plaintiff's wrongful acts, Summit is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. § 1117 and destruction of any physical goods bearing the TWIHARDER mark under 15 U.S.C. § 1118.

38. Summit is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

## SECOND CAUSE OF ACTION

### (Trademark Infringement – 15 U.S.C. § 1114 and Common Law)

39. Summit repeats and realleges each and every allegation of paragraphs 1 through 38, above, as though fully set forth herein.

40. Defendants have used in commerce, without Summit's permission, the TWILIGHT Marks and/or marks confusingly similar thereto, such as TWIHARDER, in connection with the sale, offering for sale, distribution, or advertising its motion picture and promotional materials, merchandise, digital downloads, and other goods and services related thereto as described above in a manner that is likely to cause confusion with respect to the source and origin of Plaintiff's goods and services and is likely to cause confusion or mistake and to deceive purchasers as to the affiliation, connection, approval, sponsorship, or association of Summit and/or the *Twilight* Motion Pictures with Plaintiff and its goods and services.

-36-

41.    Plaintiff's acts constitute infringement of the TWILIGHT Marks in violation of the common law and under 15 U.S.C. § 1114.

42.    As a direct and proximate result of Plaintiff's wrongful acts, Summit has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, business reputation, and goodwill.  Plaintiff will continue to use or, as applicable, recommence use, unless restrained, of the TWIHARDER mark or other marks confusingly similar to the TWILIGHT Marks and will cause irreparable damage to Summit.  Summit has no adequate remedy at law and is entitled to an injunction restraining Plaintiff, its officers, agents, servants, and employees, and all persons acting in concert with Plaintiff, from engaging in further acts of infringement.

43.    Summit is further entitled to recover from Plaintiff the actual damages that it sustained and/or is likely to sustain as a result of Plaintiff's wrongful acts.

44.    Summit is further entitled to recover from Plaintiff the gains, profits, and advantages that Plaintiff has obtained as a result of its wrongful acts.

45.    Because of the willful nature of Plaintiff's wrongful acts, Summit is entitled to an award of punitive damages under the common law, and treble damages and increased profits under 15 U.S.C. § 1117.

46.    Summit is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION

### (Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14247)

47.    Summit repeats and realleges each and every allegation of paragraphs 1 through 46, above, as though fully set forth herein.

48.    Summit's TWILIGHT and TWIHARD marks are inherently distinctive and have acquired distinctiveness through Summit's extensive, continuous, and exclusive use of them and the amount, volume, and geographic extent of sales of goods and services offered under the marks.

49.   Summit's TWILIGHT and TWIHARD marks have attained a high degree of actual recognition amongst the public.

50.   Summit owns federal registrations of the TWILIGHT and TWIHARD marks on the Principal Register.

51.   Summit's TWILIGHT and TWIHARD marks are famous and distinctive within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127 and Cal. Bus. & Prof. Code § 14247 and became famous prior to Plaintiff's first use in commerce of the TWIHARDER mark.

52.   Plaintiff's use of the TWIHARDER mark is likely to impair the distinctiveness of, and harm the reputation of or tarnish, Summit's TWILIGHT and TWIHARD marks in violation of 15 U.S.C. § 1125(c) and Cal. Bus. & Prof. Code § 14247.

53.   Plaintiff's acts complained of herein are likely to damage Summit irreparably.  Summit has no adequate remedy at law for such wrongs and injuries.  The damage to Summit includes harm to its trademarks, goodwill, and reputation that money cannot compensate.  Summit is, therefore, entitled to a preliminary and permanent injunction enjoining Plaintiff's use of the TWIHARDER mark, the TWILIGHT and TWIHARD marks, or any marks confusingly similar thereto or dilutive thereof in connection with the promotion, advertisement, and sale of any products or services offered by Plaintiff.

54.   Summit is further entitled to recover from Plaintiff its actual damages sustained by Summit as a result of Plaintiff's wrongful acts.  Summit is presently unable to ascertain the full extent of the monetary damages it has suffered by reason of Plaintiff's acts of dilution.

55.   Summit is further entitled to recover from Plaintiff the gains, profits, and advantages Plaintiff has obtained as a result of its wrongful acts.  Summit is presently unable to ascertain the extent of the gains, profits, and advantages Plaintiff has realized by reason of its willful acts of dilution.  Because of the willful nature of

-38-

1   Plaintiff's actions, Summit is entitled to all remedies available under 15 U.S.C.

2   §§ 1117 and 1118.

3       56.    Summit is also entitled to recover its attorneys' fees and costs of suit

4   pursuant to 15 U.S.C. § 1117.

5                       **FOURTH CAUSE OF ACTION**

6             **(Statutory and Common Law Unfair Competition)**

7       57.    Summit repeats and realleges each and every allegation of paragraphs 1

8   through 56, above, as though fully set forth herein.

9       58.    By reason of all of the foregoing and that alleged below, Plaintiff has

10  been, and is, engaged in "unlawful, unfair or fraudulent business practices" in

11  violation of §§ 17200 *et seq.* of the California Bus. & Prof. Code and acts of unfair

12  competition in violation of the common law.

13      59.    In addition to the other acts alleged herein, Plaintiff has engaged in

14  unlawful acts by infringing and diluting the TWILIGHT Marks and otherwise

15  infringing Summit's intellectual property.

16      60.    In addition to the other acts alleged herein, Plaintiff has engaged in

17  unfair acts by passing off or suggesting that its motion picture and promotional

18  materials, merchandise, digital downloads, and other goods and services related

19  thereto are associated, connected, or affiliated with, or sponsored or endorsed by, the

20  *Twilight* Motion Pictures and by using names owned by Summit.

21      61.    In addition to the other acts alleged herein, Plaintiff has engaged in

22  fraudulent acts because the actions alleged herein are likely to deceive consumers

23  and other members of the public.

24      62.    Summit invested substantial time or money in the development of the

25  TWILIGHT Marks and its copyrighted interests in and related to the *Twilight*

26  Motion Pictures, and Plaintiff used the foregoing to create, market, advertise, and

27  sell its motion picture and promotional materials, merchandise, digital downloads,

28  and other goods and services related thereto.  Plaintiff has appropriated the

1   foregoing without authorization from Summit.

2       63.   Plaintiff's acts complained of herein have damaged and will continue to

3   damage Summit irreparably.  Summit has no adequate remedy at law for these

4   wrongs and injuries.  The damage to Summit includes harm to its intellectual

5   property related to the *Twilight* Motion Pictures, goodwill, and reputation in the

6   marketplace that money cannot compensate.  Summit is therefore entitled to:  (a)

7   injunctive relief restraining and enjoining Plaintiff and its officers, agents, servants,

8   and employees, and all persons acting thereunder, in concert with, or on their behalf,

9   from using intellectual property related to the *Twilight* Motion Pictures or any mark,

10   name, symbol, or logo which is confusingly similar thereto, in connection with the

11   marketing or sale of any goods or services by Plaintiff; (b) Summit's actual damages

12   sustained as a result of Plaintiff's wrongful acts; (c) an accounting of Plaintiff's

13   profits derived from its infringing actions; (d) the award of Plaintiff's unjust profits,

14   as well as sums sufficient to compensate Summit for all harm suffered as a result of

15   Plaintiff's conduct; and (e) punitive damages.

16                         **FIFTH CAUSE OF ACTION**

17                         **(Copyright Infringement)**

18       64.   Summit repeats and realleges each and every allegation of paragraphs 1

19   through 63, above, as though fully set forth herein.

20       65.   As described above, Summit is the owner of the copyrights in the

21   *Twilight* Motion Pictures and photographs and images related thereto, including the

22   New Moon, Wolfpack, and Eclipse Posters.  At all times relevant to these

23   counterclaims, Summit is and has been the sole exclusive authorized licensor of

24   such motion pictures, photographs, and images in the United States.  Said motion

25   pictures, photographs, and images all are original works of authorship owned by

26   Summit and are copyrightable subject matter under the laws of the United States.

27   The motion pictures, images, and photographs were fixed in a tangible medium by

28   development of the foregoing and/or by uploading the foregoing to a hard drive.

66.     The *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse Posters are the subject of valid copyright registrations issued by the U.S. Copyright Office and owned by Summit.  Such registrations are valid and subsisting.

67.     Plaintiff had access to the *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse Posters due to their wide publication, the international theatrical and home entertainment releases of the *Twilight* Motion Pictures, and the publicity for the *Twilight* Motion Pictures.  Certain of Plaintiff's promotional materials, as described above, are intentionally substantially similar to the New Moon, Wolfpack, and Eclipse Posters, and *Twiharder* is intentionally substantially similar to original, copyrightable elements of the *Twilight* Motion Pictures.  Each of the *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse Posters includes a copyright notice expressly claiming Summit's copyright ownership therein.

68.     Plaintiff has violated Summit's exclusive rights in and to the *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse Posters by reproducing, displaying, distributing, and, as applicable, publicly performing substantially similar works and by unlawfully preparing derivative works based thereon.

69.     Upon information and belief, Plaintiff was at all material times aware that its use of the *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse Posters, in the absence of a valid license agreement authorizing Plaintiff to use them and/or to edit, alter, and/or otherwise modify them without Summit's prior written approval, would constitute copyright infringement.  Summit has not granted to Plaintiff any such right or license.

70.     Plaintiff's acts constitute infringement of Summit's copyrights described above in violation of 17 U.S.C. § 501, *et seq*.

71.     Summit is informed and believes and on that basis alleges that Plaintiff had full knowledge that its acts were wrongful and unlawful and has continued to

infringe said copyrights, throughout the United States and various other territories of the world.

72.    By reason of the foregoing, Summit has suffered damages in an amount to be determined at trial, and is entitled, at its election, to either (a) all damages suffered by Summit, along with all gains, profits, and advantages derived by Plaintiff from the acts of infringement, plus exemplary and punitive damages in amounts to be proven at trial, or (b) statutory damages as provided for in the Copyright Act of the United States.

73.    Summit is also entitled to attorneys' fees under the Copyright Act.

## **PRAYER FOR RELIEF**

WHEREFORE, Summit prays that this Court enter judgment against Plaintiff as follows:

1.    Finding that Plaintiff has violated 15 U.S.C. § 1125(a) and the common law, has infringed the TWILIGHT Marks under the common law and 15 U.S.C. § 1114, has violated 15 U.S.C. § 1125(c)(1) and Cal. Bus. & Prof. Code § 14247, has violated Cal. Bus. & Prof. Code § 17200 and the common law by engaging in unlawful, unfair, and/or fraudulent business practices, and has infringed the *Twilight* Motion Pictures and New Moon, Wolfpack, and Eclipse posters and violated 17 U.S.C. § 501;

2.    Ordering that Plaintiff and, as applicable, its officers, agents, servants, directors, employees, servants, partners, representatives, assigns, successors, related companies, and attorneys and all persons in active concert or participation with Plaintiff or with any of the foregoing be enjoined preliminarily during the pendency of this action and permanently thereafter from:

a.    Manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any goods or services bearing or offered under the TWIHARDER mark, the TWILIGHT Marks, or any other mark, name, symbol, or logo which is likely to cause confusion, or to cause mistake,

-42-

1  or to deceive as to the affiliation, connection, or association of Plaintiff with Summit

2  or as to the origin, sponsorship, or approval of any goods or services manufactured,

3  transported, promoted, imported, advertised, publicized, distributed, offered for sale,

4  or sold by Plaintiff – including, but not limited to, Plaintiff's motion picture and

5  promotional materials, merchandise, digital downloads, and any other goods and

6  services related thereto – by Summit or its commercial activities;

7      b.   Manufacturing, transporting, promoting, importing, advertising,

8  publicizing, distributing, offering for sale, or selling any goods or services bearing

9  or offered under the TWIHARDER mark, the TWILIGHT Marks, or any other

10  mark, name, symbol, or logo that is a copy or colorable imitation of, incorporates, or

11  is confusingly similar to the TWILIGHT Marks, including the TWIHARDER mark;

12      c.   Implying Summit's approval, affiliation, connection, or

13  sponsorship of Plaintiff's goods, services, or commercial activities or engaging in

14  any act or series of acts which, either alone or in combination, constitutes unfair

15  methods of competition with Summit and from otherwise interfering with or

16  injuring the TWILIGHT Marks or the goodwill associated therewith;

17      d.   Engaging in any act which is likely to dilute the distinctive

18  quality of the TWILIGHT Marks and/or injures Summit's business reputation;

19      e.   Reproducing, displaying, distributing, publicly performing, or

20  creating derivative works from the *Twilight* Motion Pictures or Summit's

21  photographs, images, or any other copyrightable subject matter related thereto, or

22  any works substantially similar thereto, including *Twiharder* and Plaintiff's above-

23  detailed promotional artwork related thereto, or engaging in any act in violation of

24  Summit's copyrights, including, but not limited to, inducing, causing, or materially

25  contributing to the infringing conduct of any third party copying, displaying,

26  featuring, or using the *Twilight* Motion Pictures or Summit's photographs, images,

27  or any other copyrightable subject matter related thereto;

28      f.   Representing or implying that Plaintiff is in any way sponsored,

1  endorsed, or licensed by, or affiliated with, Summit; or

2          g.      Knowingly assisting, inducing, aiding, or abetting any other

3  person or business entity in engaging in or performing any of the activities referred

4  to in paragraphs 2(a) to (f) above.

5      3.      Ordering that Summit is the exclusive owner of the TWILIGHT Marks

6  and that such marks are valid and protectable;

7      4.      Ordering that Summit is the exclusive owner of the copyrights in the

8  *Twilight* Motion Pictures and the New Moon, Wolfpack, and Eclipse posters, and

9  that such copyrights are valid and protectable;

10     5.      Ordering that Plaintiff be required to deliver to Summit for destruction

11 all copies, regardless of the media or format in which they exist, of the *Twiharder*

12 motion picture; all footage, regardless of the media or format in which they exist,

13 used to create the *Twiharder* motion picture, and any copies thereof; and all scripts

14 of the *Twiharder* motion picture;

15     6.      Ordering that Plaintiff be required to deliver to Summit or destroy, as

16 applicable, all goods, packaging therefor, electronic images or media in any format,

17 and/or promotional artwork which bear the TWIHARDER mark or any other

18 trademarks, names, images logo, or packaging that are confusingly similar to the

19 TWILIGHT Marks or are evocative of or draw an association, affiliation, or

20 connection with the *Twilight* Motion Pictures or bear Summit's copyrighted content

21 related to or derived from the *Twilight* Motion Pictures or anything substantially

22 similar thereto;

23     7.      Granting an award of damages suffered by Summit according to proof

24 at the time of trial;

25     8.      Ordering that Plaintiff account to Summit for any and all profits earned

26 as a result of Plaintiff's acts of infringement in violation of Summit's rights under

27 the Lanham Act, Cal. Bus. & Prof. Code  §§ 14247, 17200, *et seq.*, the Copyright

28 Act, and the common law;

1    9.    Granting an award of statutory damages under the Copyright Act;

2    10.   Granting an award of three times the amount of compensatory damages

3  and increased profits pursuant to 15 U.S.C. § 1117;

4    11.   Granting an award of punitive damages for the willful and wanton

5  nature of Plaintiff's aforesaid acts;

6    12.   For pre-judgment interest on any recovery by Summit;

7    13.   Granting an award of Summit's costs, expenses, and reasonable

8  attorneys' fees; and

9    14.   Granting such other and further relief as is just and proper

10                                  Respectfully submitted,

11                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12

13  Dated: January 27, 2014    By:

14                                  Jill M. Pietrini

15                                  Attorneys for Defendants Lions Gate
16                                  Entertainment Corp. and Summit Entertainment,
                                    LLC and Counterclaimant Summit Entertainment,
17                                  LLC

18

19                          **JURY DEMAND**

20       Summit demands a trial by jury of all issues triable by jury.

21                                  Respectfully submitted,

22                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23

24  Dated: January 27 , 2014   By:

                                    Jill M. Pietrini
25

26                                  Attorneys for Defendants Lions Gate
                                    Entertainment Corp. and Summit Entertainment,
27                                  LLC and Counterclaimant Summit Entertainment,
                                    LLC
28
SMRH:415677554.3

                              -45-

# EXHIBIT A

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND DEFENDANTS' REQUEST FOR JURY TRIAL**

# United States of America
## United States Patent and Trademark Office

# BELLA TWILIGHT

**Reg. No. 4,222,783**
**Registered Oct. 9, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: JEWELRY AND JEWELRY BOXES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-3-2012; IN COMMERCE 6-3-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,867,985, 3,944,718, AND OTHERS.

SN 85-338,237, FILED 6-4-2011.

CHARLOTTE CORWIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BELLA TWILIGHT

**Reg. No. 4,222,784**
**Registered Oct. 9, 2012**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DECORATIVE BOXES MADE OF WOOD OR PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 6-3-2012; IN COMMERCE 6-3-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,867,985, 3,944,718, AND OTHERS.

SN 85-338,239, FILED 6-4-2011.

CHARLOTTE CORWIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# LUNA TWILIGHT

**Reg. No. 3,929,237**
**Registered Mar. 8, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NOX TWILIGHT

**Reg. No. 4,173,761**
**Registered July 17, 2012**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 3**

FOR: NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,867,985 AND OTHERS.

SER. NO. 85-185,130, FILED 11-24-2010.

ERNEST SHOSHO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,079,451**
**Registered Jan. 3, 2012**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,288, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,016,125**
**Registered Aug. 23, 2011**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: BANDAGES FOR SKIN WOUNDS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,289, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,177,174**

**Registered July 17, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE FILES IN THE FIELD OF ENTERTAINMENT, NAMELY, GRAPHICS, IMAGES, ELECTRONIC GAMES, AND MUSIC, VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF SONG BOOKS, TABLATURE, AND SHEET MUSIC; MAGNETS; MAGNET SHEETS; MAGNETICALLY ENCODED DEBIT CARDS; MOTION PICTURE FILMS IN THE FIELDS OF DRAMA AND ROMANCE; MOUSEPADS; MUSICAL SOUND RECORD-INGS; COMPUTER STORAGE DEVICES, NAMELY, BLANK FLASH DRIVES; DIGITAL MEDIA, NAMELY, PRE-RECORDED DVDS, DOWNLOADABLE AUDIO AND VIDEO RE-CORDINGS, AND CDS FEATURING AND PROMOTING MOTION PICTURES AND DOCU-MENTARIES; COVERS FOR MOBILE PHONES; FITTED PLASTIC FILMS KNOWN AS SKINS FOR COVERING AND PROTECTING ELECTRONIC APPARATUS, NAMELY, MOBILE PHONES, PORTABLE MUSIC PLAYERS, COMPUTERS, COMPUTER ACCESSORIES AND PERIPHERALS, PDAS, GAMING DEVICES, CAMERAS, CAMCORDERS, AND E-BOOK READERS; CASES FOR MOBILE PHONES; CASES FOR PDAS; AND COMPUTER GAMES, NAMELY, COMPUTER GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,571, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,151,799**

**Registered May 29, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: JEWELRY; JEWELRY BOXES; JEWELRY BOXES OF METAL; MUSICAL JEWELRY BOXES; JEWELRY SETS COMPRISED OF JEWELRY; RUBBER BRACELETS; SILVER WRIST CUFF BRACELETS; WATCHES; DOG TAGS FOR WEAR BY HUMANS FOR DEC-ORATIVE PURPOSES; AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,520, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,177,175**

**Registered July 17, 2012**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: ADHESIVE TAPE FOR STATIONERY OR HOUSEHOLD PURPOSES, BOOKMARKS, CALENDARS, DECALS, CARDBOARD DOOR HANGERS, GIFT CARDS, INVITATION CARDS, MOUNTED PHOTOGRAPHS AS LIFE-SIZE CARDBOARD CUTOUTS, GREETING CARDS, PAPER NAPKINS, PENS, PENCILS, PEN AND PENCIL CASES, POSTERS, BOOKS IN THE FIELD OF ENTERTAINMENT, STICKERS, SHEET MUSIC, PRINTED MUSIC BOOKS, TRADING CARDS, GIFT WRAPPING PAPER, LITHOGRAPHS, PAPER BAGS, PAPER PARTY DECORATIONS, PAPER PARTY FAVORS, STATIONERY, TEMPORARY TATTOOS, BINDERS, AND NOTEBOOKS; AND KITS CONTAINING PARTY SUPPLIES, NAMELY, PAPER NAPKINS, PAPER RIBBONS OR STREAMERS, PAPER PLATES, BALLOONS, CANDLES, PLASTIC TABLE COVERS, PLASTIC FORKS, PLASTIC KNIVES, PLASTIC SPOONS, AND CUPS; AND KITS CONTAINING ACTIVITY SUPPLIES, NAMELY, STICKER BOOKS AND WRITING INSTRUMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,572. FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# THE TWILIGHT SAGA

| | |
|---|---|
| **Reg. No. 4,321,492** | SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Apr. 16, 2013** | 2700 COLORADO AVENUE, 2ND FLOOR<br>SANTA MONICA, CA 90404 |
| **Int. Cl.: 16** | FOR: NOTE CARDS AND POSTCARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| **TRADEMARK** | FIRST USE 7-1-2012; IN COMMERCE 7-1-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS. |
| | SN 85-279,301, FILED 3-29-2011. |
| | KATHERINE E. HALMEN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,324,927**

**Registered Apr. 23, 2013**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: ALL PURPOSE CARRYING BAGS, ALL PURPOSE CARRYING CASES, BACKPACKS, BUSINESS CARD CASES, ID CASES, COSMETIC CASES SOLD EMPTY, HANDBAGS, MESSENGER BAGS, PURSES, UMBRELLAS, AND WALLETS; KEY CHAINS OF LEATHER OR IMITATION LEATHER, LUGGAGE TAGS, AND MAKEUP BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,302, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,321,493**
**Registered Apr. 16, 2013**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: PERSONAL COMPACT MIRRORS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-24-2013; IN COMMERCE 1-24-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,306, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,151,800**
**Registered May 29, 2012**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PLASTIC KEY CHAINS; DECORATIVE PILLOWS; DREAMCATCHERS; PICTURE FRAMES; WOOD BOXES; AND VINYL APPLIQUES FOR ATTACHMENT TO WALLS, WINDOWS, MIRRORS, AND OTHER SOLID SURFACES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560. 3,884,386, AND OTHERS.

SN 85-976,521, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,335,388**
**Registered May 14, 2013**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: CANDLE HOLDERS, CANISTERS SOLD EMPTY FOR HOUSEHOLD USE, CHARMS FOR ATTACHMENT TO BEVERAGE GLASSWARE FOR IDENTIFICATION PURPOSES, CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, COOKIE JARS, DECANTERS, DEC-ORATIVE PLATES, FLASKS, INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS, NAPKIN HOLDERS, SERVING TRAYS, STEINS, AND HAIR COMBS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-0-2011; IN COMMERCE 11-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,307, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,165,921**

**Registered June 26, 2012**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: BEVERAGEWARE, LUNCH BOXES WITH THERMAL CONTAINERS, PLASTIC WATER BOTTLES SOLD EMPTY; CANDY BOXES, COASTERS NOT OF PAPER AND NOT TABLE LINEN, DECORATIVE CERAMIC TILES NOT FOR USE AS BUILDING MATERIALS, DISHES, TRAVEL MUGS, AND HAIR BRUSHES; AND DINNERWARE, NAMELY, PLATES AND CUPS NOT OF METAL, IN CLASS 21 (U.S. CLS: 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,573, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,321,494**

**Registered Apr. 16, 2013**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: BATH LINEN AND CURTAINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,308, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,151,801**

**Registered May 29, 2012**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: BED LINENS; BED OR THROW BLANKETS; DUVET COVERS; PLASTIC TABLE COVERS; WALL HANGINGS OF TEXTILE; AND TABLE LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,522, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,147,960**
**Registered May 22, 2012**

SUMMIT ENTERTAINMENT. LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, DRESSES, GLOVES, HOODED SHIRTS, JACKETS, LEGGINGS,
PANTS, SCARVES, SHIRTS, SOCKS, SWEATERS, SWEATSHIRTS, T-SHIRTS, TANK TOPS,
AND TUNICS: WRIST BANDS OF CLOTH: WRIST BANDS OF LEATHER OR IMITATION
LEATHER; BELTS; FOOTWEAR; AND HEADWEAR: APRONS. JERSEYS, LOUNGEWEAR,
MITTENS, SLEEPWEAR, SWEATPANTS, VESTS, AND WRAPS AS CLOTHING, IN CLASS
25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 8-0-2009; IN COMMERCE 8-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-976,416, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,339,211**

**Registered May 21, 2013**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: ORNAMENTAL NOVELTY BUTTONS; ARMBANDS, ORNAMENTAL CLOTH PATCHES; AND HAIR ACCESSORIES, NAMELY, CLIPS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,313, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,016,126**
**Registered Aug. 23, 2011**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDY AND CHEWING GUM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,316, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,175,800**
**Registered July 17, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PRODUCTION AND DISTRIBUTION OF MOTION PICTURES; PROVIDING INFORM-
ATION RELATING TO MOTION PICTURES; PROVIDING A WEBSITE FEATURING NON-
DOWNLOADABLE FILM CLIPS AND MUSIC VIDEOS, AND INFORMATION ON MOTION
PICTURES, LITERARY WORKS, AND MUSIC; ORGANIZATION OF CONVENTIONS IN
THE FIELDS OF MOTION PICTURES AND ENTERTAINMENT; FAN CLUB SERVICES;
PROVIDING PODCASTS RELATING TO MUSIC AND MOTION PICTURES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-976,643, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,012,682**
**Registered Aug. 16, 2011**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE AND INTELLECTUAL PROPERTY ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; AND PROVIDING A SELECTION OF ONLINE ELECTRONIC GREETING CARDS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,320, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



twilight

**Reg. No. 4,175,456**

**Registered July 17, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 130
SANTA MONICA, CA 90404

FOR: ELECTRIC HAIR STRAIGHTENING IRONS; ELECTRIC HAIR CURLING IRONS; ELECTRIC HAIR STYLING IRONS; AND ELECTRIC HAIR CURLERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

OWNER OF U.S. REG. NOS. 3,817,079, 3,884,386 AND OTHERS.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN LOWER CASE LETTERS AND A STYLIZED FONT.

SER. NO. 85-479,492, FILED 11-22-2011.

BARBARA RUTLAND, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 4,239,625**
**Registered Nov. 13, 2012**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 5**

FOR: (BASED ON USE IN COMMERCE) BANDAGES FOR SKIN WOUNDS, IN CLASS 5
(U.S. CLS. 6, 18, 44, 46, 51 AND 52).

**TRADEMARK**

FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT

SER. NO. 77-852,607, FILED 10-20-2009.

ESTHER BELENKER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# twilight

Reg. No. 4,268,558

Registered Jan. 1, 2013

Int. Cl.: 9

TRADEMARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COVERS FOR CELL PHONES, PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES FOR PLAYING MUSIC, LAPTOP COMPUTERS, GAMING DEVICES, NAMELY, GAMING MACHINES, AND PERSONAL DIGITAL ASSISTANTS (PDAS); DECORATIVE CHARMS FOR CELLULAR TELEPHONES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET; MAGNETS AND DECORATIVE MAGNETS SOLD IN SHEETS; MOUSEPADS; MUSICAL SOUND RECORDINGS; COMPUTER STORAGE DEVICES, NAMELY, FLASH DRIVES; CASES FOR MOBILE PHONES; CASES FOR PDAS; MOTION PICTURE FILMS IN THE FIELDS OF DRAMA AND ROMANCE; DOWNLOADABLE DOCUMENTARIES IN THE FIELDS OF DRAMA, ROMANCE AND THE MAKING OF MOTION PICTURE FILMS; PROVIDED VIA A GLOBAL COMPUTER NETWORK; VIDEO GAME SOFTWARE AND VIDEO GAME DISCS; AND PRE-RECORDED DVDS AND AUDIOVISUAL RECORDINGS FEATURING MOTION PICTURES AND DOCUMENTARIES IN THE FIELDS OF DRAMA, ROMANCE AND THE MAKING OF MOTION PICTURE FILMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-28-2008; IN COMMERCE 10-28-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,622, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,175,208

Registered July 17, 2012

Int. Cl.: 11

TRADEMARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: HAND-HELD ELECTRIC HAIR DRYERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-23-2011; IN COMMERCE 9-23-2011.

OWNER OF U.S. REG. NOS. 3,817,079, 3,884,386 AND OTHERS.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 85-476,363, FILED 11-18-2011.

BARBARA RUTLAND, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 4,218,172**

**Registered Oct. 2, 2012**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PICTURE FRAMES; WOOD BOXES; VINYL APPLIQUES FOR ATTACHMENT TO WINDOWS, MIRRORS, AND OTHER SOLID SURFACES; KEY CHAINS MADE OF PLASTIC, LIFE-SIZE CARDBOARD CHARACTER STAND-UPS, MIRRORS, NON-METAL DOG TAGS, DECORATIVE PILLOWS, RUBBER KEY CAPS, NAMELY, PLASTIC OR RUBBER CAPS USED TO COVER THE TOPS OF KEYS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,687, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 4,094,221**

**Registered Jan. 31, 2012**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: BEVERAGEWARE, LUNCH BOXES WITH THERMAL CONTAINERS, AND PLASTIC WATER BOTTLES SOLD EMPTY: CANDY BOXES, CERAMIC FIGURINES, DECORATIVE CERAMIC TILES NOT FOR USE AS BUILDING MATERIALS, DISHES, PET FEEDING DISHES, DRINKING STEINS, STONE AND EARTHENWARE COASTERS, TRAVEL MUGS, HAIR BRUSHES, HAIR COMBS, AND MAKEUP BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-982,783, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

Reg. No. 4,135,884

Registered May 1, 2012

Int. Cl.: 22

TRADEMARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LANYARDS FOR HOLDING KEY CHAINS, KEY FOBS, EYEWEAR, PORTABLE ELECTRONIC DEVICES, BADGES, IDENTIFICATION CARDS, BOTTLES AND CONTAINERS, LIPSTICKS, PENS, KEYS, CHARMS AND WHISTLES; MULTI-PURPOSE CLOTH BAGS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,757, FILED 10-20-2009.

ESTHER BELENKER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 4,103,469**
SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
**Registered Feb. 28, 2012** SANTA MONICA, CA 90404

**Int. Cl.: 24**
FOR: BED LINEN; BLANKETS; TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

**TRADEMARK**
FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,768, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# twilight

**Reg. No. 4,091,590**

**Registered Jan. 24, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, BANDANAS, DRESSES, GLOVES, HOODED SHIRTS, JACKETS, JERSEYS, MITTENS, SCARVES, SHIRTS, SLEEPWEAR, SWEATSHIRTS, T-SHIRTS, AND TANK TOPS; BELTS; HEADWEAR; WRISTBANDS MADE OF CLOTH; APRONS, INFANT WEAR, LOUNGEWEAR, SOCKS, SWEATERS, SWEATPANTS; FOOTWEAR; WRISTBANDS MADE OF LEATHER AND WRISTBANDS MADE OF IMITATION LEATHER, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2008; IN COMMERCE 5-0-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-982,768, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 4,350,445**
**Registered June 11, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 30**

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-21-2009; IN COMMERCE 3-21-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,808, FILED 10-20-2009.

ESTHER BELENKER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

Reg. No. 4,103,470

Registered Feb. 28, 2012

Int. Cl.: 41

SERVICE MARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: ENTERTAINMENT IN THE NATURE OF ON-GOING DRAMATIC TELEVISION PROGRAMS; PRODUCTION AND DISTRIBUTION OF MOTION PICTURES; PROVIDING INFORMATION RELATING TO MOTION PICTURES, TELEVISION PROGRAMS AND LITERARY WORKS; AND PROVIDING A WEBSITE FEATURING INFORMATION ON MOTION PICTURES, TELEVISION PROGRAMS, LITERARY WORKS, AND MUSIC, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-18-2008; IN COMMERCE 4-18-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,861, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# twilight

**Reg. No. 3,817,079**

**Registered July 13, 2010**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,862, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# TWILIGHT TRACKER

**Reg. No. 3,793,131**
**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE SOFTWARE THAT PROVIDES ACCESS TO MOVIE CONTENT AND TO PHOTOGRAPHS, NEWS AND INFORMATION REGARDING MOVIES, MOVIE TICKETS, SHOWTIMES AND MERCHANDISE, AND ALLOWS USERS TO SELECT AVATARS AND INTERACT WITH OTHER USERS, TO INTEGRATE WITH ONLINE SOCIAL NETWORKS, AND TO COMMUNICATE WITH OTHERS VIA A MESSAGE BOARD, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-17-2009; IN COMMERCE 9-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-874,255, FILED 11-17-2009.

SALLY SHIH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,175,905**

**Registered July 17, 2012**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,048, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,861,517**
**Registered Oct. 12, 2010**
**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: ADHESIVE BANDAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,049, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,084,243**

**Registered Jan. 10, 2012**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: MAGNETS, DECORATIVE MAGNETS SOLD IN SHEETS, COMPUTER GAME SOFT-WARE, DECORATIVE MAGNETS, LAPTOP CARRYING CASES, AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,050, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,386**
**Registered Nov. 30, 2010**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

**Int. Cl.: 9**

FOR: PRE-RECORDED DVDS AND OTHER AUDIOVISUAL RECORDINGS FEATURING MOTION PICTURES AND DOCUMENTARIES; MOTION PICTURE FILMS IN THE FIELDS OF DRAMA AND ROMANCE; AND MOUSEPADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,354, FILED 6-25-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,067,513**
**Registered Dec. 6, 2011**
**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
SANTA MONICA, CA 90404

FOR: CALENDARS; STICKERS; POSTERS; GREETING CARDS, MAGAZINES FEATURING
MOTION PICTURES, TRADING CARDS, ART PICTURES, ART PAPERS, AND DECALS, IN
CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-509,417, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,385**

**Registered Nov. 30, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
SANTA MONICA, CA 90404

FOR: ALL PURPOSE CARRYING BAGS, BACK PACKS, BEACH BAGS, WALLETS, PURSES, BUSINESS CARD CASES, PET CLOTHING, LUGGAGE, AND MESSENGER BAGS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,353, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,109,098**
**Registered Mar. 6, 2012**

**Int. Cls.: 20 and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: KEY CHAINS MADE OF PLASTIC, DECORATIVE WALL PLAQUES OF WOOD, DECORATIVE WALL PLAQUES OF PLASTIC, PICTURE FRAMES, PLASTIC NOVELTY LICENSE PLATES, AND WOOD BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: BED LINENS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,072, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,063,716**
**Registered Nov. 29, 2011**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: LUNCHBOXES, BEVERAGEWARE, CANDY BOXES, CERAMIC FIGURINES, AND DECORATIVE CERAMIC TILES NOT FOR USE AS BUILDING MATERIALS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-1-2008; IN COMMERCE 10-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,052, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,944,718**

**Registered Apr. 12, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, T-SHIRTS, LOUNGEWEAR, SOCKS, PANTS, SWEATSHIRTS, SWEATPANTS, BANDANAS, SCARVES, APRONS, JACKETS, TANK TOPS, VESTS, NECKTIES, JERSEYS, SHIRTS, SWEATERS, BABYDOLL T-SHIRTS, INFANTWEAR, TRACK PANTS, AND HOODED SHIRTS; HEADWEAR; BELTS; AND WRIST CUFFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2008; IN COMMERCE 5-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,096, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,867,985**
**Registered Oct. 26, 2010**
**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: BELT BUCKLES NOT MADE OF PRECIOUS METAL; ORNAMENTAL CLOTH PATCHES; EMBROIDERED PATCHES FOR CLOTHING; AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,117, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

Reg. No. 4,096,676
Registered Feb. 7, 2012
Int. Cl.: 28

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: ACTION FIGURES, PUZZLES, BOARD GAMES, DOLLS, BENDABLE TOYS, CARD GAMES, CHRISTMAS STOCKINGS, AND CHRISTMAS TREE ORNAMENTS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-982,782, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cls.: 41 and 45

Prior U.S. Cls.: 100, 101 and 107                           Reg. No. 3,756,560

United States Patent and Trademark Office        Registered Mar. 9, 2010

Amended                                                      OG Date Apr. 20, 2010

**SERVICE MARK**
**PRINCIPAL REGISTER**

# TWILIGHT

SUMMIT ENTERTAINMENT, LLC (DE-
LAWARE LIMITED LIABILITY COM-
PANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

FOR: [ ENTERTAINMENT IN THE
NATURE OF ON-GOING DRAMATIC
TELEVISION PROGRAMS, ] PRODUC-
TION AND DISTRIBUTION OF MOTION
PICTURES, PROVIDING INFORMATION
RELATING TO MOTION PICTURES [,
TELEVISION PROGRAMS ] AND LIT-
ERARY WORKS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).
FIRST USE 4-18-2008; IN COMMERCE
4-18-2008.

FOR: LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES;
PROVIDING ONLINE INFORMATION
ON THE LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES,
IN CLASS 45 (U.S. CLS. 100 AND 101).
FIRST USE 6-1-2008; IN COMMERCE
6-1-2008.
SER. NO. 77-511,175, FILED 6-30-2008.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 20, 2010.*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,372,794**

**Registered July 23, 2013**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: ORNAMENTAL CLOTH PATCHES, BELT BUCKLES NOT MADE OF PRECIOUS METAL, EMBROIDERED PATCHES FOR CLOTHING, ORNAMENTAL NOVELTY BUTTONS, AND SHOELACES; AND HAIR ACCESSORIES, NAMELY, BOBBYPINS, BARRETTES AND CLIPS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

OWNER OF U.S. REG. NOS. 3,867,985, 4,091,590, AND OTHERS.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,787, FILED 10-20-2009.

ESTHER BELENKER, EXAMINING ATTORNEY



*Lora Slaud K*

Acting Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,369,020**

**Registered July 16, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: ACTION FIGURES, BOARD GAMES, BOWLING BAGS, CARD GAMES, CHRISTMAS STOCKINGS, DOLLS, JIGSAW PUZZLES, PUZZLE BALLS; BALLOONS, BALLS FOR GAMES, BENDABLE TOYS, CHRISTMAS TREE ORNAMENTS, PARTY FAVORS IN THE NATURE OF SMALL TOYS, PET TOYS, PLUSH TOYS, AND SPORTS BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386, AND OTHERS.

SN 85-279,315, FILED 3-29-2011.

KATHLEEN LORENZO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# TWILIGHT BRIDAL

**Reg. No. 4,369,085**
**Registered July 16, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 21**

FOR: PLATES AND DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**

FIRST USE 4-17-2013; IN COMMERCE 4-17-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,867,985, 3,944,718, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL", APART FROM THE MARK AS SHOWN.

SN 85-337,021, FILED 6-3-2011.

ASMAT KHAN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TWILIGHT BRIDAL

**Reg. No. 4,369,086**

**Registered July 16, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 24**

FOR: BED LINENS, CLOTH NAPKINS, CURTAINS OF TEXTILE OR PLASTIC, AND TABLE LINENS, IN CLASS 24 (U.S. CLS. 42 AND 50).

**TRADEMARK**

FIRST USE 4-17-2013; IN COMMERCE 4-17-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,867,985, 3,944,718, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL", APART FROM THE MARK AS SHOWN.

SN 85-337,022, FILED 6-3-2011.

ASMAT KHAN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BELLA TWILIGHT

**Reg. No. 4,384,462**
**Registered Aug. 13, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 24**

FOR: BED LINENS; CLOTH NAPKINS; CURTAINS OF TEXTILE OR PLASTIC; AND TABLE LINENS, IN CLASS 24 (U.S. CLS. 42 AND 50).

**TRADEMARK**

FIRST USE 4-0-2013; IN COMMERCE 4-0-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,867,985, 3,944,718, AND OTHERS.

SN 85-338,240, FILED 6-4-2011.

CHARLOTTE CORWIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,368,828**

**Registered July 16, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: ALL PURPOSE CARRYING BAGS; ALL PURPOSE CARRYING CASES, BACK PACKS, BUSINESS CARD CASES, COSMETIC CARRYING CASES SOLD EMPTY, HANDBAGS, KEY CHAINS OF LEATHER, KEY CHAINS OF IMITATION LEATHER, MAKEUP BAGS SOLD EMPTY, MESSENGER BAGS, PURSES, UMBRELLAS, WALLETS; BEACH BAGS, COLLARS FOR PETS, LUGGAGE, LUGGAGE TAGS, PET CLOTHING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

OWNER OF U.S. REG. NOS. 3,884,385 AND 4,324,927.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,680, FILED 10-20-2009.

ESTHER BELENKER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,368,830**

**Registered July 16, 2013**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

FOR: DECORATIVE PLATES, GLASS STORAGE JARS, AND SERVING TRAYS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-0-2011; IN COMMERCE 11-0-2011.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SN 77-852,755, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TWIHARD

**Reg. No. 4,376,816**
**Registered July 30, 2013**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2700 COLORADO AVENUE, 2ND FLOOR
SANTA MONICA, CA 90404

**Int. Cl.: 25**

FOR: PANTS, SLEEPWEAR, AND SWEATPANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2012; IN COMMERCE 1-15-2012.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-128,736, FILED 9-14-2010.

JUSTINE D. PARKER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TWIHARD

**Reg. No. 4,110,325**

**Registered Mar. 6, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, APRONS, HOODED SHIRTS, JACKETS, JERSEYS, LOUN-
GEWEAR, MATERNITY WEAR, NAMELY, MATERNITY SHIRTS, SHIRTS, SWEATSHIRTS,
TANK TOPS; WIND RESISTANT JACKETS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-976,081, FILED 9-14-2010.

JUSTINE D. PARKER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND
SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT
SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND
DEFENDANTS' REQUEST FOR JURY TRIAL**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At:          OR Jump to record:           **Record 2 out of 83**

TSDR      ASSIGN Status      TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# BELLA TWILIGHT

| | |
|---|---|
| Word Mark | BELLA TWILIGHT |
| Goods and Services | IC 015. US 002 021 036. G & S: Music boxes |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85338238 |
| Filing Date | June 4, 2011 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | November 1, 2011 |
| Owner | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Jill M. Pietrini |
| Prior Registrations | 3867985;3929237;3944718;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 27 out of 83**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# BELLA TWILIGHT

| | |
|---|---|
| **Word Mark** | BELLA TWILIGHT |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, dresses, t-shirts, sweatshirts, sweatpants, shirts, and jackets; formal wear in the nature of bridal dresses, bridesmaid dresses, evening dresses, gowns, evening tops, wraps, evening slacks, suits, tuxedos, evening jackets, formal shirts, vests, cummerbunds, ties, and formal shoes, wraps as clothing; and headwear |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85338241 |
| **Filing Date** | June 4, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 1, 2012 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At:  [        ]  OR  Jump  to record:  [        ]   **Record 1 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BELLA TWILIGHT

| | |
|---|---|
| Word Mark | BELLA TWILIGHT |
| Goods and Services | IC 028. US 022 023 038 050. G & S: Snow globes |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85338243 |
| Filing Date | June 4, 2011 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | November 1, 2011 |
| Owner | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Jill M. Pietrini |
| Prior Registrations | 3867985;3929237;3944718;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____ **Record 46 out of 83**

| TSDR | ASSIGN STATUS | TTAB STATUS | *( Use the "Back" button of the Internet Browser to return to TESS)*

# IMMORTAL TWILIGHT

| | |
|---|---|
| **Word Mark** | IMMORTAL TWILIGHT |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Fragrances |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85284886 |
| **Filing Date** | March 11, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 31, 2011 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3861517;3884386;3929237;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 48 out of 83**

| TSDR | ASSIGN STATUS | TTAB STATUS | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BEAUTY

| | |
|---|---|
| Word Mark | TWILIGHT BEAUTY |
| Goods and Services | IC 003. US 001 004 006 050 051 052. G & S: Cosmetics; artificial eyelashes; artificial fingernails; nail polish; non-medicated hair care preparations; non-medicated skin care preparations; and massage oil |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85185154 |
| Filing Date | November 24, 2010 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Jill M. Pietrini |
| Prior Registrations | 3758560;3861517;3867985;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEAUTY" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump to record: [ ] **Record 47 out of 83**

TSDR | ASSIGN Status | TTAB Status ( Use the "Back" button of the Internet Browser to return to TESS)

# TWILIGHT BEAUTY

| | |
|---|---|
| Word Mark | TWILIGHT BEAUTY |
| Goods and Services | IC 035. US 100 101 102. G & S: Online retail store services featuring cosmetics, non-medicated skin care preparations, gift sets, and nail polish. FIRST USE: 20090826. FIRST USE IN COMMERCE: 20090826 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85185159 |
| Filing Date | November 24, 2010 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Jill M. Pietrini |
| Prior Registrations | 3756560;3661517;3887985;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEAUTY" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: ____ OR **Jump** to record: ____  **Record 4 out of 83**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Flatware, namely, knives, forks, and spoons; and serving knives |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337017 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 18, 2012 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

Please logout when you are done to release system resources allocated for you.

List At: [        ]   OR   Jump to record: [        ]   **Record 12 out of 83**

**TSDR**   **ASSIGN Status**   **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry; jewelry boxes; jewelry boxes of metal; musical jewelry boxes; and jewelry sets comprised of jewelry |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337018 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 9, 2013 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: _____ OR Jump to record: _____ **Record 9 out of 83**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paperweights; gift cards; gift wrapping paper; invitation cards; note cards; paper party decorations; paper party favors; and photograph albums |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337019 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 14, 2013 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH LOG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 11 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 020. US 002 013 022 025 032 050. G & S: Decorative boxes made of wood or plastic |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337020 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 9, 2013 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3928237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [ ] OR **Jump** to record: [ ]  **Record 14 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, dresses and gowns in the nature of bridal dresses. FIRST USE: 20111121. FIRST USE IN COMMERCE: 20111121 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337023 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 3, 2012 |
| **International Registration Number** | 1089475 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____ **Record 35 out of 83**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Snow globes |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337025 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 11, 2012 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump to record: [ ] **Record 34 out of 83**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | TWILIGHT BRIDAL |
| **Goods and Services** | IC 031. US 001 046. G & S: Live flowers; live flower arrangements; and live flower wreaths |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337026 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 13, 2012 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3867985;3929237;3944718;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ___ OR Jump to record: ___ **Record 32 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT BRIDAL

| | |
|---|---|
| **Word Mark** | **TWILIGHT** BRIDAL |
| **Goods and Services** | IC 043. US 100 101. G & S: Hotel, restaurant, and catering services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85337028 |
| **Filing Date** | June 3, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 11, 2012 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3887985;3929237;3944716;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRIDAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:            OR  Jump  to record:              **Record 45 out of 83**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE TWILIGHT SAGA

| | |
|---|---|
| **Word Mark** | THE TWILIGHT SAGA |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: (Based on Use in Commerce) Cosmetics and nail polish; (Based on Intent to Use) Body shimmer powder; fragrances; non-medicated lip care preparations; non-medicated hair care preparations; non-medicated nail care preparations; non-medicated skin care preparations; non-medicated toiletries; and skin soap. FIRST USE: 20100700. FIRST USE IN COMMERCE: 20100700 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85279287 |
| **Filing Date** | March 29, 2011 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | June 7, 2011 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3758560;3884385;3884386;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [    ]  OR  Jump to record: [    ]  **Record 42 out of 83**

TSDR | ASSIGN STATUS | TTAB STATUS | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE TWILIGHT SAGA

| | |
|---|---|
| **Word Mark** | THE TWILIGHT SAGA |
| **Goods and Services** | IC 009, US 021 023 026 036 038. G & S: Downloadable files in the field of entertainment, namely, ringtones; backpacks adapted for holding computers; camera cases; cell phones; decorative charms for cell phones; disposable cameras; electronic diaries; eyewear and cases for eyewear; laptop carrying cases; neon signs; computer games, namely, computer game software; and video games, namely, video game discs and software |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85279291 |
| **Filing Date** | March 29, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | July 5, 2011 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3758560;3884386;3884386;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ]   **Record 39 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE TWILIGHT SAGA

| | |
|---|---|
| **Word Mark** | THE TWILIGHT SAGA |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of on-going dramatic television programs; and providing online computer games |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85279316 |
| **Filing Date** | March 28, 2011 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | July 5, 2011 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 3756560;3684385;3684388;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

·

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Bottom | HELP | PREV LIST | CURR LIST | | FIRST DOC | PREV DOC |
| LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At:        OR **Jump** to record:        | **Record 83 out of 83**

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# TWILIGHT

| **Word Mark** | TWILIGHT |
|---|---|
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Fragrances; cosmetics, namely, lip pencils, eye shadow, eyeliner, eyebrow pencil, eye pencil, lip gloss, lipstick, non-medicated lip balm, mascara, nail polish, blush, concealer, compacts, artificial eyelashes, artificial fingernails, nail polish top coat, nail polish base coat, lip foundation, and eyebrow gloss; skin care products, namely, astringent for cosmetic purposes, bath gel, bath oil, bath powder, beauty mask, body cream, body lotion, bubble bath, eye cream, skin moisturizer, essential oils for personal use, eye make-up remover, facial scrubs, make-up remover, shower gel, hand cream, massage oil, shaving cream, skin clarifiers, skin soap, skin emollients, sun screen preparations, suntanning preparations, depilatory creams, after-shave lotion, and anti-wrinkle cream; hair care products, namely, hair dyes, hair conditioners, non-medicated hair care preparations, hair waving lotion, hair rinses, hair color removers, and hair shampoo; and incense |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77508141 |
| **Filing Date** | June 25, 2008 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC |
| LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:            OR  Jump  to record:            **Record 51 out of 83**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT

| | |
|---|---|
| **Word Mark** | **TWILIGHT** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry; clocks; jewelry boxes; medals, lapel pins; watches; watch bands; and sun dials |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77508238 |
| **Filing Date** | June 25, 2008 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 16, 2013 |
| **International Registration Number** | 1153947 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 50 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# TWILIGHT

| | |
|---|---|
| **Word Mark** | **TWILIGHT** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Action skill games, chess games, Christmas tree skirts, playing cards, party favors in the nature of small toys |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77640053 |
| **Filing Date** | December 25, 2008 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 5, 2011 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home| Site Index |Search| FAQ |Glossary| Guides |Contacts| eBusiness | eBiz alerts | News| Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

**Logout:** Please logout when you are done to release system resources allocated for you.

**Start:** List At: [        ] OR **Jump:** to record: [        ] **Record 74 out of 83**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TWILIGHT |
| **Goods and Services** | IC 003, US 001 004 006 050 051 052, G & S: (Based on Use in Commerce) Body shimmer powder; cosmetics; fragrances; and non-medicated lip balm; (Based on Intent to Use) Artificial eyelashes; incense; hair care products, namely, hair color remover, hair conditioner, hair dye, hair rinses, hair shampoo, hair waving lotion, and non-medicated hair care preparations; nail care products, namely, artificial fingernails, emery boards, nail polish, nail polish base coat and nail polish top coat; and skin care products, namely, after-shave lotion, anti-wrinkle cream, astringent for cosmetic purposes, bath gel, bath oil, bath powder, beauty masks, body cream, body lotion, bubble bath, depilatory creams, essential oils for personal use, eye cream, eye makeup remover, facial scrubs, hand cream, massage oil, shaving cream, shower gel, skin clarifiers, skin emollients, skin moisturizer, skin soap, sun screen preparations, and suntanning preparations. FIRST USE: 20081000. FIRST USE IN COMMERCE: 20081000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77852604 |
| **Filing Date** | October 20, 2009 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "Twilight" in a stylized font. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [ ] OR **Jump** to record: [ ] **Record 56 out of 83**

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# twilight

| | |
|---|---|
| **Word Mark** | **TWILIGHT** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: (Based on Intent to Use) Brass wrist cuff bracelets, medals, sun dials, and watch bands; (Based on Use in Commerce) Clocks, jewelry, jewelry boxes, jewelry boxes of metal, lapel pins, rings, rubber bracelets, watch bracelets, and watches. FIRST USE: 20080900. FIRST USE IN COMMERCE: 20080900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77852627 |
| **Filing Date** | October 20, 2009 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | April 9, 2013 |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "Twilight" in a stylized font. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | Free Form | Browse Dict | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | ... | FIRST DOC | PREV DOC

NEXT DOC | LAST DOC

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: _____ OR **Jump** to record: **Record 71 out of 83**

TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS*)



| | |
|---|---|
| **Word Mark** | TWILIGHT |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: (Based on Use in Commerce) Adhesive tape for stationary or household purposes, bookmarks, calendars, decals, paper door hangers, gift cards, pencil cases, pens, posters, stickers, and trading cards; and kits comprised of books of stickers and charms (Based on Intent to Use) address books, appointment books, art papers, art pictures, paper banners, binders, book covers, bookends, chalk, chalk boards for school and home use, coloring books, decorating papers, dry erase writing boards, erasers, file folders, gift wrapping paper, greeting cards, blank journals, lithographs, magazines in the field of entertainment, money clips, note cards, notebooks, paper bags, paper banners, paper coasters, paper emblems, paper flags, paper party decorations, paper place mats, paperweights, pencils, photograph albums, postcards, poster books, rubber stamps, scrapbook albums, scrapbooks, stationery, and temporary tattoos; kits comprised of books of stickers and containing sticker books and plastic figurines. FIRST USE: 20080600. FIRST USE IN COMMERCE: 20080600 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77852670 |
| **Filing Date** | October 20, 2009 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Jill M. Pietrini |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "Twilight" in a stylized font. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC

NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 23 04:09:21 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

Logout. Please logout when you are done to release system resources allocated for you.

Start List At: ___ OR Jump to record: ___    **Record 64 out of 83**

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| Word Mark | TWILIGHT |
|---|---|
| Goods and Services | IC 028. US 022 023 038 050. G & S: (Based on Intent to Use) Action skill games, amusement game machines, arcade games, balloons, balls for games, bendable toys, bobble head dolls, body boards, card games, carnival masks, checker sets, chess games, Christmas tree ornaments, Christmas tree skirts, covers for golf clubs, doll cases, doll clothing, dolls, flying discs, fuzzy dice, golf ball markers, golf balls, kites, model cars, toy model vehicles and related accessories sold as units, toy model kit cars, toy scale model kits, toy model hobbycraft kits, toy model hobby craft kits for constructing toy model landscapes, scenery, and action figures, party favors in the nature of small toys, pet toys, plush toys, snow globes, sports balls, stress relief balls for hand exercise, and yo-yos; (Based on Use in Commerce) Action figures, board games, bowling bags, Christmas stockings, playing cards, and puzzles. FIRST USE: 20081000. FIRST USE IN COMMERCE: 20081000 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 77852798 |
| Filing Date | October 20, 2009 |
| Current Basis | 1A;1B |
| Original Filing Basis | 1A;1B |
| Published for Opposition | November 6, 2012 |
| Owner | (APPLICANT) Summit Entertainment, LLC LIMITED LIABILITY COMPANY DELAWARE 2700 Colorado Avenue, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Jill M. Pietrini |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the word "Twilight" in a stylized font. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT L | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND
SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT
SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND
DEFENDANTS' REQUEST FOR JURY TRIAL**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-689-491

**Effective date of
registration:**

November 6, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Publicity Site New Moon Advertising Art Image No. 1 |
| **Previous or Alternative Title:** | Teaser 1 |
| **Nature of Work:** | Photograph with Artwork |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | May 22, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | James White | | |
| **Author Created:** | Photograph | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | | |
| **Anonymous:** | No | **Pseudonymous:** | No |
| ■ **Author:** | The Cimarron Group | | |
| **Author Created:** | 2-Dimensional artwork | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | | |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 1630 Stewart Street, Suite 120, Santa Monica, CA 90404 |
| **Transfer Statement:** | By Assignment. |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

**Name:** Kathryn Vaclavik, authorized agent of Summit Entertainment, LLC

**Date:** November 5, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-689-492

**Effective date of
registration:**

November 6, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Publicity Site New Moon Photography Image No. 1 |
| **Previous or Alternative Title:** | New Moon Wolves Paul, Sam Uley, Jared and Embry Call are the Quileute Wolf Pack in "The Twilight Saga: New Moon" |
| **Nature of Work:** | Photograph with Artwork |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | April 22, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | James White | | |
| **Author Created:** | Photograph | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | | |
| **Anonymous:** | No | **Pseudonymous:** | No |
| ■ **Author:** | The Cimarron Group | | |
| **Author Created:** | 2-Dimensional artwork | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | | |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 1630 Stewart Street, Suite 120, Santa Monica, CA 90404 |
| **Transfer Statement:** | By Assignment. |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

Name:   Kathryn Vaclavik, authorized agent of Summit Entertainment, LLC
Date:   November 5, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-778-457

**Effective date of registration:**

June 25, 2011

---

## Title

**Title of Work:** The TWILIGHT SAGA: ECLIPSE one-sheet Trio

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 23, 2010      **Nation of 1st Publication:** United States

## Author

**Author:** Summit Entertainment, LLC

**Author Created:** photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1630 Stewart Street, Suite 120, Santa Monica, CA, 90404, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Monica Danner

**Date:** June 25, 2011

**Applicant's Tracking Number:** 11186-033

---

# EXHIBIT D

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND
SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT
SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND
DEFENDANTS' REQUEST FOR JURY TRIAL**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-616-599

**Effective date of
registration:**

December 12, 2008

---

## Title

**Title of Work:** TWILIGHT

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 21, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Summit Entertainment, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

## Limitation of copyright claim

**Material excluded from this claim:** preexisting photograph(s), preexisting music, literary material

**New material included in claim:** all other cinematographic material, production as a motion picture,
revisions/additions to script, editing, entire motion picture

## Rights and Permissions

**Organization Name:** Summit Entertainment, LLC

**Name:** Legal Department ROWID:I-2AIMDV

**Email:** atillman@summit-ent.com    **Telephone:** 310-255-3055

**Address:** 1630 Stewart Street

Suite 120

Santa Monica, CA 90404  United States

Certification

Name: Janet Chowsangrat

Date: December 1, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-653-512

**Effective date of
registration:**

November 24, 2009

## Title

| | |
|---|---|
| **Title of Work:** | THE TWILIGHT SAGA: NEW MOON |
| **Nature of Work:** | Motion Picture |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | November 20, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **■ Author:** | Summit Entertainment, LLC |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 1601 Cloverfield Blvd, Suite 200S, Santa Monica, CA 90404 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | The screenplay entitled "New Moon" (registration pending) The motion picture "Twilight" (Registration No.: PA 1-616-599) |
| **Previously registered:** | Yes |
| **Previous registration and year:** | Pending    2008 |
| **New material included in claim:** | All cinematographic material and revisions added to the screenplay. The Motion Picture is a sequel to the Motion Picture "Twilight". |

## Certification

S11709

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-689-175

**Effective date of
registration:**

July 2, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | THE TWILIGHT SAGA: ECLIPSE |
| **Nature of Work:** | MOTION PICTURE |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | June 30, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | SUMMIT ENTERTAINMENT, LLC |
| **Work made for hire:** | Yes |
| **Anonymous:** | No **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 1601 Cloverfield Blvd., Suite 200 South, Santa Monica CA 90404 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | The novel "Eclipse" by Stephenie Meyer (Registration # TX 6-952-327), the screenplay entitled "The Twilight Saga: Eclipse" (registration pending) and the motion pictures "Twilight" (Registration # PA 1-616-599) and "The Twilight Saga: New Moon" (Registration #PA 1-653-512). |
| **Previously registered:** | Yes |

| | | |
|---|---|---|
| **Previous registration and year:** | PENDING | 2009 |
| **Basis of current registration:** | This is a changed version of the work. | |
| **New material included in claim:** | All cinematographic materials and revisions added to the screenplay. The Motion Picture is a sequel to the motion picture "Twilight" and "The Twilight Saga: New Moon". | |

## Certification

**Name:**   Janet Chowsangrat

**Date:**   June 30, 2010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-758-397

**Effective date of registration:**

November 18, 2011

## Title

**Title of Work:** The Twilight Saga: Breaking Dawn - Part 1

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 16, 2011   **Nation of 1st Publication:** South Africa

**Preregistration:** PRE000004659

## Author

■ **Author:** Summit Entertainment, LLC

**Author Created:** entire motion picture, script/screenplay

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1601 Cloverfield Blvd., Suite 200, South Tower, Santa Monica, CA, 90404, United States

## Limitation of copyright claim

**Material excluded from this claim:** The novel "Breaking Dawn" by Stephanie Meyer (TX 6-964-887), the screenplay entitled "The Twilight Saga: Breaking Dawn - Part 1" (PAu 3-521-211) and the motion pictures "Twilight" (PA 1-616-599), "The Twilight Saga: New Moon" (PA 1-653-512), and "The Twilight Saga: Eclipse" (PA 1-689-175).

**New material included in claim:** All cinematographic materials and revisions added to the screenplay. The Motion Picture is a sequel to the motion pictures entitled "Twilight," "The Twilight Saga: New Moon," and "The Twilight Saga: Eclipse."

## Certification

Name:   Kelly Moore

Date:   November 17, 2011



**Registration #:** PA0001758397
**Service Request #:** 1-687570371



Summit Entertainment, LLC
Kelly Moore
1601 Cloverfield Blvd.
Suite 200 South
Santa Monica, CA 90404  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-812-965

**Effective date of registration:**

November 16, 2012

---

## Title

| | |
|---|---|
| **Title of Work:** | The Twilight Saga: Breaking Dawn - Part 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 13, 2012     **Nation of 1st Publication:** France |
| **Preregistration:** | PRE000004661 |

## Author

| | |
|---|---|
| ■        **Author:** | Summit Entertainment, LLC |
| **Author Created:** | entire motion picture, script/screenplay |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States        **Domiciled in:**  United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |
| | 2700 Colorado Avenue, Santa Monica, CA, 90404, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | The novel "Breaking Dawn" by Stephenie Meyer (TX 6-964-887), the screenplay entitled "The Twilight Saga: Breaking Dawn - Part 2" (PAu 3-521-218) and the motion pictures entitled "Twilight" (PA 1-616-599), "The Twilight Saga: New Moon" (PA 1-653-512), "The Twilight Saga: Eclipse" (PA 1-689-175), and "The Twilight Saga: Breaking Dawn - Part 1" (PA 1-758-397). |

| | |
|---|---|
| **Previous registration and year:** | PAu 3-521-218    2010 |

**New material included in claim:** All cinematographic materials and revisions added to the screenplay.  The Motion Picture is a sequel to the motion pictures entitled "Twilight," "The Twilight Saga: New Moon," "The Twilight Saga: Eclipse," and "The Twilight Saga: Breaking Dawn - Part 1."

## Certification

   **Name:**   Kelly Moore

   **Date:**   November 14, 2012



**Registration #:**   PA0001812965
**Service Request #:**   1-850776271



Summit Entertainment, LLC
Kelly Moore
2700 Colorado Avenue
Santa Monica, CA 90404  United States

# EXHIBIT E

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND DEFENDANTS' REQUEST FOR JURY TRIAL**















# EXHIBIT F

**TO DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND
SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT
SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND
DEFENDANTS' REQUEST FOR JURY TRIAL**

**Sheppard**Mullin

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
310.228.3700 main
310.228.3701 main fax
www.sheppardmullin.com

Jill M. Pietrini
310.228.3723 direct
jpietrini@sheppardmullin.com

June 27, 2012

File Number: 22HF-165423

John Gearries
BETWEEN THE LINES PRODUCTIONS, LLC
600 S. Curson Ave #314
Los Angeles, CA 90036

VIA FEDEX & EMAIL INFO@TWIHARDER.COM
TWILIGHTBETWEENTHELINES@YAHOO.COM

**Re:    Infringement of Summit Entertainment's Intellectual Property
derived from *Twilight* Motion Pictures**

Dear Mr. Gearries:

   We are writing to demand that Between the Lines Productions, LLC ("Between the Lines Productions" and "you") immediately cease and desist from infringing intellectual property owned by Summit Entertainment, LLC ("Summit") through the promotion, exhibition and performance of any movie(s) or other audio visual works under the title "Twiharder", the production, marketing, and sale of the merchandise under the mark TWIHARDER, and the use of the domain name <www.twiharder.com>.

   We are counsel for Summit, the entity responsible for producing and distributing the highly successful motion pictures *Twilight, The Twilight Saga: New Moon* ("*New Moon*"), *The Twilight Saga: Eclipse, The Twilight Saga: Breaking Dawn-Part 1*, and the soon to be released *The Twilight Saga: Breaking Dawn-Part 2* (collectively, the "*Twilight* Motion Pictures"), and owner of the trademarks and copyrights related to and derived from the *Twilight* Motion Pictures, including the marks TWILIGHT and TWIHARD, the copyrights in the scripts for the *Twilight* Motion Pictures, photographs and images associated with the *Twilight* Motion Pictures, in the Motion Pictures themselves, and in documentaries associated with the Motion Pictures (the "Twilight Intellectual Property"). Copies of Summit's copyright registrations associated with the Twilight Motion Pictures and of its trademark registrations are attached hereto as **Exhibit A** and **Exhibit B**, respectively. Summit has expressly licensed the use of the Twilight Intellectual Property for the manufacture, marketing and sale of a vast multitude of merchandise, and for a wide variety of services based on the characters, locations, and plots of the *Twilight* Motion Pictures throughout the world (the "Twilight Goods and Services").

   It has come to Summit's attention that Between the Lines Productions had produced a movie titled "Twiharder" (the "Movie"), which copies key scenes from the *Twilight* Motion Pictures, is seeking distribution of the Movie, and operates a website at <http://twiharder.com> (the "Website") in which Between the Lines Productions is promoting the future release of the Movie, selling music downloads through the Website and other "official merchandise" (the "Infringing Goods") through CafePress.com, such as t-

# Sheppard**Mullin**

John Gearries
BETWEEN THE LINES PRODUCTIONS LLC
June 27, 2012
Page 2

shirts, caps, mugs, bags and stationery, under the mark TWIHARDER, encourages viewers to sign up for the "Official Twiharder Fan Club" (collectively, the "Infringing Goods and Services"). Representative printouts of the Website that advertise the Movie and the merchandise are attached hereto as **Exhibit C**. The Website pages feature the TWIHARDER mark in a font confusingly similar to the distinctive font featured on authorized Twilight promotional materials and merchandise related to the *Twilight* Motion Pictures. Between the Lines Productions' use of the TWIHARDER mark, particularly in a style similar to Summit's stylized TWILIGHT font, and, given Summit's TWIHARD mark, has and will cause consumers to believe that Summit has approved, licensed, and/or authorized your use of its intellectual property, when, in fact, it has not done so. In fact, consumer confusion is increased by Between the Lines Productions' use of "Twiharder" in the website domain name, and its use of photographs and artwork featuring backlit forests, styled poses and color schemes which are similar to and reminiscent of those used on promotional materials for and merchandise related to *New Moon*. In fact, given the clearly intentional nature of the infringement, likelihood of confusion may be presumed by a federal court.

Between the Lines Productions' use of confusingly and substantially similar names of characters, settings, and plot elements from the *Twilight* Motion Pictures also guarantees consumer confusion. As noted above Summit has entered into licensing agreements with manufacturers, distributors, retailers (including CafePress.com) and service industry providers for the sale of products and the offering of services derived from the *Twilight* Motion Pictures.

Based on the trailer video displayed on the Website, Between the Lines Productions has also copied the key elements of the scripts of the copyrighted *Twilight* Motion Pictures and the *Twilight* Motion Pictures themselves. In fact, it appears that the entire Movie is just a condensed version of the *Twilight* Motion Pictures.

Notably, Between the Lines Productions' attempt to characterize the Movie as a parody does not immunize Between the Lines Productions from liability. The Movie has created and will continue to create consumer confusion and dilution under the trademark laws and is substantially similar under the Copyright Act. The Movie likewise will not qualify as fair use under the trademark or copyright laws. Between the Lines Productions has appropriated substantial elements from the *Twilight* Motion Pictures for a commercial purpose. There is nothing "fair" about the use. Rather, the Movie is a wholesale exploitation of Summit's valuable intellectual property rights in the *Twilight* Motion Pictures.

We note that Between the Lines Productions has also sought federal registration of TWIHARDER (Serial No. 85/357,228) on a use basis for "Entertainment in the nature of a series of short films and feature film" in Class 41, with a first use date of April 11, 2010. That application was subsequently abandoned on May 21, 2012, for failure to respond to an Office Action in which the U.S. Patent and Trademark Office cited Summit's prior pending application for TWIHARD, providing further notice to Between the Lines Productions of the likelihood of confusion with the Twilight Intellectual Property.

**Sheppard**Mullin

John Gearries
BETWEEN THE LINES PRODUCTIONS LLC
June 27, 2012
Page 3

In sum, Between the Lines Productions' actions described above constitute trademark infringement, copyright infringement, false designation of origin, and dilution. Furthermore, given the widespread popularity of the *Twilight* Motion Pictures, Between the Lines Productions' infringement is clearly willful. Summit takes the protection of its intellectual property very seriously and is prepared to litigate to enforce its rights. The remedies available to Summit for these unlawful acts include a nationwide injunction against the use of any intellectual property identical or confusingly or substantially similar to that owned by Summit, an award of Summit's actual damages, an award of Between the Lines Productions' profits, trebled/increased damages, statutory damages pursuant to the copyright statute for the use of the infringing material, and attorneys' fees. The above is not intended to be a complete listing of Summit's rights and remedies, and Summit reserves the right to assert other claims not stated herein.

Notwithstanding these available remedies, Summit is willing to resolve this matter promptly and without court action if a settlement can be reached. Summit therefore requests that Between the Lines Productions agree in writing to: (1) immediately cease and desist from presenting, marketing, and otherwise promoting the Movie, including on Facebook, Vimeo, YouTube.com, etc. or seeking distribution of the Movie; (2) turn over all works of authorship associated with the Movie, including all original and duplicate recordings or portions thereto; (3) turn over all marketing and promotional materials bearing the TWIHARDER trademark to Summit; (4) transfer ownership of the domain name <twiharder.com> to Summit; (5) provide us with an accounting of all donations made to Between the Lines Productions and disgorge such donations; (6) stop all manufacturing, marketing, selling and distribution of the Infringing Goods and all variations confusingly similar thereto; (7) agree not to manufacture, market, sell or distribute the Infringing Goods or provide any Infringing Services in the future, or otherwise use the TWIHARDER trademark or any other marks, logos, designs, or the like confusingly similar thereto; (8) recall the Infringing Goods from other retail stores, warehouses, and the like, and deliver all remaining inventory to us; (9) notify all such retailers that the Infringing Goods have been recalled and are not to be stocked and/or sold, and notify all members of the Twiharder fan club that the fan club has been terminated; (10) disgorge Between the Lines Productions' profits earned from the sale of the Infringing Goods; and (11) provide us with an accounting of the sales made to date. The accounting must include: (a) the revenue from the Website or any marketing thereof or affiliate programs related thereto; (b) the total revenue/sales of the Infringing Goods and any related sales in connection with the Infringing Goods or from the Movie, (c) the number of units of the Infringing Goods and of the Movie produced to date; (d) the number of units of the Infringing Goods sold to date; (e) the number of units of the Infringing Goods remaining in inventory; (f) the name of any distributors of the Movie; and (g) the revenue earned from the Twiharder fan club.

You may indicate your consent to these requests by signing the original of this letter and returning it to me by **July 9, 2012**. A copy of this letter is enclosed for your records.

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this

**Sheppard**Mullin

John Gearries
BETWEEN THE LINES PRODUCTIONS LLC
June 27, 2012
Page 4

matter and all such rights, claims, defenses and remedies, whether at law or in equity, are
hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
SHEPPARD MULLIN RICHTER & HAMPTON LLP

JMP:SH
Enclosures
cc:     Triad Web Design (via Federal Express)
        David C. Friedman, Esq.
        Rachel Kimbrough, Esq.
        Robert Mason, Esq.

**AGREED AND ACCEPTED:**

BETWEEN THE LINES PRODUCTIONS, LLC

_____        Date: _____

John Gearries
Founder

W02-WEST:LSH\405600747.1

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-616-599**

**Effective date of
registration:**

December 12, 2008

## Title

Title of Work: TWILIGHT

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: November 21, 2008    Nation of 1st Publication: United States

## Author

Author: Summit Entertainment, LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States                Domiciled in: United States

## Copyright claimant

Copyright Claimant: Summit Entertainment, LLC

## Limitation of copyright claim

Material excluded from this claim: preexisting photograph(s), preexisting music, literary material

New material included in claim: all other cinematographic material, production as a motion picture,
revisions/additions to script, editing, entire motion picture

## Rights and Permissions

Organization Name: Summit Entertainment, LLC

Name: Legal Department ROWID:1-2AIMDV

Email: atillman@summit-ent.com                Telephone: 310-255-3055

Address: 1630 Stewart Street

Suite 120

Santa Monica, CA 90404  United States

Certification

Name:   Janet Chowsangrat
Date:   December 1, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-689-175**

Effective date of
registration:

July 2, 2010

## Title

| | |
|---|---|
| Title of Work: | THE TWILIGHT SAGA: ECLIPSE |
| Nature of Work: | MOTION PICTURE |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2010 | | |
| Date of 1st Publication: | June 30, 2010 | Nation of 1st Publication: | United States |

## Author

| | | |
|---|---|---|
| ■ | Author: | SUMMIT ENTERTAINMENT, LLC |
| Work made for hire: | Yes | |
| Anonymous: | No | Pseudonymous:  No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Summit Entertainment, LLC |
| | 1601 Cloverfield Blvd., Suite 200 South, Santa Monica CA 90404 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | The novel "Eclipse" by Stephenie Meyer (Registration # TX 6-952-327), the screenplay entitled "The Twilight Saga: Eclipse" (registration pending) and the motion pictures "Twilight" (Registration # PA 1-616-599) and "The Twilight Saga: New Moon" (Registration #PA 1-653-512). |
| Previously registered: | Yes |
| Previous registration and year: | PENDING     2009 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | All cinematographic materials and revisions added to the screenplay. The Motion Picture is a sequel to the motion picture "Twilight" and "The Twilight Saga: New Moon". |

## Certification

       **Name:**   Janet Chowsangrat

       **Date:**   June 30, 2010

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**PA 1-653-512**

Effective date of
registration:
November 24, 2009

---

### Title

**Title of Work:** THE TWILIGHT SAGA: NEW MOON

**Nature of Work:** Motion Picture

### Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 20, 2009     **Nation of 1st Publication:** United States

### Author

■   **Author:** Summit Entertainment, LLC

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

### Copyright claimant

**Copyright Claimant:** Summit Entertainment, LLC

1601 Cloverfield Blvd, Suite 200S, Santa Monica, CA 90404

### Limitation of copyright claim

**Material excluded from this claim:** The screenplay entitled "New Moon" (registration pending) The motion
picture "Twilight" (Registration No.: PA 1-616-599)

**Previously registered:** Yes

**Previous registration and year:** Pending     2008

**New material included in claim:** All cinematographic material and revisions added to the screenplay. The
Motion Picture is a sequel to the Motion Picture "Twilight".

### Certification

---

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# TWILIGHT

Reg. No. 3,861,517    SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
Registered Oct. 12, 2010    SUITE 120
SANTA MONICA, CA 90404
Int. Cl.: 5
FOR: ADHESIVE BANDAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

TRADEMARK    FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

PRINCIPAL REGISTER    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,049, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,386**

**Registered Nov. 30, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PRE-RECORDED DVDS AND OTHER AUDIOVISUAL RECORDINGS FEATURING MOTION PICTURES AND DOCUMENTARIES; MOTION PICTURE FILMS IN THE FIELDS OF DRAMA AND ROMANCE; AND MOUSEPADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,354, FILED 6-25-2008.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,084,243**

**Registered Jan. 10, 2012**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: MAGNETS, DECORATIVE MAGNETS SOLD IN SHEETS, COMPUTER GAME SOFT-WARE, DECORATIVE MAGNETS, LAPTOP CARRYING CASES, AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,050, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 4,067,513**

**Registered Dec. 6, 2011**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
SANTA MONICA, CA 90404

FOR: CALENDARS; STICKERS; POSTERS; GREETING CARDS, MAGAZINES FEATURING MOTION PICTURES, TRADING CARDS, ART PICTURES, ART PAPERS, AND DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-509,417, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,385**

**Registered Nov. 30, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
SANTA MONICA, CA 90404

FOR: ALL PURPOSE CARRYING BAGS, BACK PACKS, BEACH BAGS, WALLETS, PURSES, BUSINESS CARD CASES, PET CLOTHING, LUGGAGE, AND MESSENGER BAGS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,353, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

Reg. No. 4,063,716

Registered Nov. 29, 2011

Int. Cl.: 21

TRADEMARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: LUNCHBOXES, BEVERAGEWARE, CANDY BOXES, CERAMIC FIGURINES, AND DECORATIVE CERAMIC TILES NOT FOR USE AS BUILDING MATERIALS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-1-2008; IN COMMERCE 10-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,052, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,944,718**
**Registered Apr. 12, 2011**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, T-SHIRTS, LOUNGEWEAR, SOCKS, PANTS, SWEATSHIRTS, SWEATPANTS, BANDANAS, SCARVES, APRONS, JACKETS, TANK TOPS, VESTS, NECKTIES, JERSEYS, SHIRTS, SWEATERS, BABYDOLL T-SHIRTS, INFANTWEAR, TRACK PANTS, AND HOODED SHIRTS; HEADWEAR; BELTS, AND WRIST CUFFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2008; IN COMMERCE 5-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,096, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,867,985**

**Registered Oct. 26, 2010**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: BELT BUCKLES NOT MADE OF PRECIOUS METAL; ORNAMENTAL CLOTH PATCHES; EMBROIDERED PATCHES FOR CLOTHING; AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,117, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,756,560**
Registered Mar. 9, 2010

**Int. Cls.: 41 and 45**

**SERVICE MARK**
**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: ENTERTAINMENT IN THE NATURE OF ON-GOING DRAMATIC TELEVISION PROGRAMS, PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, PROVIDING INFORMATION RELATING TO MOTION PICTURES, TELEVISION PROGRAMS AND LITERARY WORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-18-2008; IN COMMERCE 4-18-2008.

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-511,175, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# twilight

Reg. No. 3,817,079
Registered July 13, 2010

Int. Cl.: 45

SERVICE MARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES;
PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCI-
ATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,862, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LUNA TWILIGHT

Reg. No. 3,929,237
Registered Mar. 8, 2011

Int. Cl.: 3

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,079,451**
**Registered Jan. 3, 2012**

**Int. Cl.: 4**

**TRADEMARK**
**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 9-0-2009, IN COMMERCE 9-0-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,288, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,016,125**
**Registered Aug. 23, 2011**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: BANDAGES FOR SKIN WOUNDS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,289, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,016,126**
**Registered Aug. 23, 2011**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDY AND CHEWING GUM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-15-2009; IN COMMERCE 10-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,316, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE TWILIGHT SAGA

**Reg. No. 4,012,682**

**Registered Aug. 16, 2011**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE AND INTELLECTUAL PROPERTY ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; AND PROVIDING A SELECTION OF ONLINE ELECTRONIC GREETING CARDS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,756,560, 3,884,386 AND OTHERS.

SER. NO. 85-279,320, FILED 3-29-2011.

KATHERINE E. HALMEN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT TRACKER

**Reg. No. 3,793,131**
**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE SOFTWARE THAT PROVIDES ACCESS TO MOVIE CONTENT AND TO PHOTOGRAPHS, NEWS AND INFORMATION REGARDING MOVIES, MOVIE TICKETS, SHOWTIMES AND MERCHANDISE, AND ALLOWS USERS TO SELECT AVATARS AND INTERACT WITH OTHER USERS, TO INTEGRATE WITH ONLINE SOCIAL NETWORKS, AND TO COMMUNICATE WITH OTHERS VIA A MESSAGE BOARD, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-17-2009; IN COMMERCE 9-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-874,255, FILED 11-17-2009.

SALLY SHIH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

**Reg. No. 4,091,455**
**Registered Jan. 24, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PRODUCTION AND DISTRIBUTION OF MOTION PICTURES; PROVIDING INFORM-
ATION RELATING TO MOTION PICTURES, TELEVISION PROGRAMS AND LITERARY
WORKS; PROVIDING A WEBSITE FEATURING INFORMATION ON MOTION PICTURES,
LITERARY WORKS AND MUSIC; ONLINE COMPUTER GAMES, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-859,421, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

Reg. No. 4,091,454

Registered Jan. 24, 2012

Int. Cl.: 30

TRADEMARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-5-2009; IN COMMERCE 11-5-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-859,391, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

**Reg. No. 4,091,453**
**Registered Jan. 24, 2012**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: ORNAMENTAL NOVELTY BUTTONS; ARMBANDS, ORNAMENTAL CLOTH PATCHES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50)

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-859,386, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

**Reg. No. 4,091,452**

**Registered Jan. 24, 2012**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, AND NON-MEDICATED LIP BALM, IN CLASS 3 (U.S. CLS  1, 4, 6, 50, 51 AND 52).

FIRST USE 8-0-2009; IN COMMERCE 8-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-859,316, FILED 10-28-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

**Reg. No. 3,795,792**
**Registered June 1, 2010**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-859,422, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

Reg. No. 4,072,374
Registered Dec. 20, 2011

Int. Cl.: 5

TRADEMARK
PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: BANDAGES FOR SKIN WOUNDS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52)

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR

SER. NO. 77-859,320, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# NEW MOON

Reg. No. 4,072,373

Registered Dec. 20, 2011

Int. Cl.: 4

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15)

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-859,318, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NEW MOON

**Reg. No. 4,094,140**
**Registered Jan. 31, 2012**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: ALL PURPOSE CARRYING BAGS, ALL PURPOSE CARRYING CASES, COSMETIC CASES SOLD EMPTY, HANDBAGS, MESSENGER BAGS, UMBRELLAS, AND WALLETS, BACKPACKS, BUSINESS CARD CASES, MAKEUP BAGS SOLD EMPTY, PET CLOTHING, AND PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-859,332, FILED 10-28-2009.

ALLISON HOLTZ, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWIHARD

**Reg. No. 4,110,325**

**Registered Mar. 6, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, APRONS, HOODED SHIRTS, JACKETS, JERSEYS, LOUN-
GEWEAR, MATERNITY WEAR, NAMELY, MATERNITY SHIRTS, SHIRTS, SWEATSHIRTS,
TANK TOPS; WIND RESISTANT JACKETS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 9-22-2008; IN COMMERCE 9-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-976,081, FILED 9-14-2010.

JUSTINE D. PARKER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT C






**Production**
Skyler Campbell


**Uncle Richie**
played by Richie Million


**Host of Predator Catcher**
played by Scott Ganyo


**Christopher**
played by Doan Nguyen


**Buck Pond**
played by Josh Cruze


**Matt**
played by Kevan Hill


**Alice Cullen**
played by Melody Friel


**Director**
Giorgio Caridi


**Mr. Banter Friel**
played by Patrick Friel


**Sir Theodore III**
played by Sammy Jack

# twiharder

NOW IN PRE-PRODUCTION

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Search this website...   **Search**

E-mail : info@twiharder.com

Home    Cast & Crew    Photos    Official Merchandise    Music & Downloads    Twiharder Way Harder    News/Blog

## John Gearries

### Bedford Mullen played by John Gearries

If sexy had a face this man would be the cover model. John Gearries has been found acting in a multitude of movies: from The Year One to The Young and the Restless and more than 20 others. John's extensive resume shows his aspiration and determination to succeed. Co Founder of Between the Lines Productions, John's talent and initiative keeps him steps ahead of the industry "Norm."

www.johngearries.com

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

**Donate**

### Newsletter

## Official twiharder Fan Club

Email:

**Submit**

BETWEEN THE LINES
PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

☐ Uncategorized

### Recent Posts

☐ Welcome To Twiharder!

# twiharder

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Tuesday, April 29, 2012    Search this website...    Search

E-mail : info@twiharder.com

Home    Cast & Crew    Photos    Official Merchandise    Music & Downloads    Twiharder Way Harder    News/Blog

## Christopher Sean

### JB Lycan played by Christopher Sean

An entrepreneur at it's finest Christopher Sean has been involved with entertainment since he was a child. Co-founder of Between The Lines Productions. His work ethic and talent is the driving factor to his successes. Christopher Sean has completed multiple Masters courses in prominent acting schools. Margie Haber's school, Anthony Meindl and Michael John Gonzales. The only thing between him and his goals is Chuck Norris.

http://www.imdb.com/name/nm1268478/

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

Donate

VISA

### Newsletter

### Official twiharder Fan Club

Email:

Submit

BETWEENTHELINES
PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

Uncategorized

### Recent Posts

Welcome To Twiharder!

# twiharder

BETWEEN THE LINE PRODUCTIONS

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Search this website...   **Search**

E-mail : info@twiharder.com

Home   Cast & Crew   Photos   Official Merchandise   Music & Downloads   Twiharder Way Harder   News/Blog

## Tanya Zoeller

### Stella Pond played by Tanya Zoeller

Tanya Zoeller was born and raised in Miami, Florida. She decided she wanted to be an actress at age ten, probably due to her mother's obsession with Audrey Hepburn movies and her father taking them to every play that came through town. She graduated from UNC Chapel Hill with a degree in Dramatic Art and further studied acting techniques in New York City and London. Now that principal photography of Twiharder is complete, she is available to do Kristen Stewart impressions at birthdays and Bar Mitzvahs.

## Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

## Merchandise

## Donations

**Donate**

VISA

## Newsletter

## Official twiharder Fan Club

Email:

**Submit**

BETWEENTHELINE PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

## Categories

▢ Uncategorized

## Recent Posts

▢ Welcome To Twiharder!

# twiharder

BETWEEN THE LINES PRODUCTIONS

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Sunday, June 19, 2011    Search this website...    **Search**

E-mail : info@twiharder.com

Home    Cast & Crew    Photos    Official Merchandise    Music & Downloads    Twiharder Way Harder    News/Blog

## Aaron Misakian

### Sky Flower played by Aaron Misakian

Aaron started in theater and is now making huge headway into Film and television. Aaron has starred in many plays and short films and with Twiharder under his belt is ready to take on the world.

**Latest News**

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

**Merchandise**

**Donations**

**Donate**

VISA

**Newsletter**

## Official twiharder Fan Club

Email:

**Submit**

BETWEEN THE LINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

**Categories**

Uncategorized

**Recent Posts**

Welcome To Twiharder!



twiharder

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Tuesday, June 19, 2012    Search this website...    Search

E-mail: info@twiharder.com

Home    Cast & Crew    Photos    Official Merchandise    Music & Downloads    Twiharder Way Harder    News/Blog

## Emma Owen

Emma Owen is a dynamic, charismatic, focused and committed individual. Having created and sustained a successful acting career, Emma felt it was time for a new challenge. She wanted to put all the skills she had learnt so far to create a business that would challenge her so she could live life to its fullest. It was at this point Babyjane Productions was born.

Born in Ireland, Emma moved to LA to pursue the next step in her acting career in 2009. Previous to this she had relocated to London in 1999 where she established herself as a successful actress.

She began her studies in London at Westminster Kingsway College, then on to study Performing Arts at the University of Winchester, excelling in Live Art & Performance Art. She then went on to do a post-graduate acting course at The London Centre for Theatre Studies.

During her time in London, Emma worked under Sam Mendes for 2 years at The Donmar Warehouse Theatre. She has also worked alongside Phillip Seymour Hoffman & John Ortiz and their theatre company LAByrinth Theatre. Whilst in LA, Emma worked with John Swanbeck (The Big Kahuna), Sean Barnes (Actors Studio LA), Matt Moore (Comedian), Jake O'Flaherty (Actor/Comedian), Tom Clarke (Comedian) and David Garrett (writer-Duece Bigalow, European Gigolo)

Due to Emma's curious nature and thirst for learning, she has stepped away from her acting career to focus fully on the business side of film making, putting all her focus and energy into Babyjane Productions. This is not to say she will never do acting again...it is only a matter of time before Emma bursts onto our screens with the energy and commitment she has shown in previous years.

For someone so young to have achieved so much, nothing is impossible for this woman.

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

Donate

VISA

### Newsletter

## Official twiharder
## Fan Club

Email:

Submit

BETWEENTHELINES

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

Uncategorized

### Recent Posts

Welcome To Twiharder!



# twiharder

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAH

Tuesday, June 19, 2012   Search this website...   Search

E-mail: info@twiharder.com

Home   Cast & Crew   Photos   Official Merchandise   Music & Downloads   Twiharder Way Harder   News/Blog

## Chris Avila

**Exit Only played by Chris Avila**

Chris Avila found his talents as a young actor and plans on continuing his successes in the acting world. He's studied under a private coach. His dream is to one day smile at the camera and say, "This one is for you mom."

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

Donate

VISA

### Newsletter

### Official twiharder Fan Club

Email:

Submit

BETWEENTHELINE PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

Uncategorized

### Recent Posts

Welcome To Twiharder!

