# twiharder

BETWEEN THE LINES PRODUCTIONS

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

E-mail: info@twiharder.com

Search this website...   **Search**

Home | Cast & Crew | Photos | Official Merchandise | Music & Downloads | Twiharder Way Harder | News/Blog

## Anna Wilensky

### Dakota Vamp played by Anna Wilensky

A native Georgian, Anna began her career in Atlanta after studying theater at the University of Georgia. She has performed in such productions as A Midsummer Night's Dream, Trojan Women, Sleeping Beauty, and War of the Worlds. Since moving to Los Angeles, she has starred in a comedic television pilot, "Mail, Pack, and Ship", and has enjoyed several roles in short films and commercials. In addition to her passion for theater and film, Anna is also an aspiring novelist.

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

**Donate**

### Newsletter

### Official twiharder Fan Club

Email:

**Submit**

BETWEENTHELINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

- Uncategorized

### Recent Posts

- Welcome To Twiharder!

# twiharder

BETWEEN THE LINES PRODUCTIONS
CREATED BY JOHN GEABRIES & CHRISTOPHER SEAN

Search this website...   Search

E-mail: info@twiharder.com

Home | Cast & Crew | Photos | Official Merchandise | Music & Downloads | Twiharder Way Harder | News/Blog

## Tracy Perez

### Latina Chica played by Tracy Perez

Tracy has worked in NYC theater, film, commercials and voice-overs. Award-winning shorts include St. Paul (Kulture Machine Productions) and Collision. She produced the short, Hero the Great, where it won Best Latin Short at the Hollyshorts Film Festival. She produced and acted in No Matinees, a collection of one-acts by playwright J. Anthony Roman at Center Stage NY. Being a supporter and explorer of new media, she is currently writing a web-series set in LA which she will also star in.

IMDB: http://www.imdb.com/name/nm1659569/

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

Donate

### Newsletter

### Official twiharder Fan Club

Email:

Submit

BETWEENTHELINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

- Uncategorized

### Recent Posts

- Welcome To Twiharder!

# twiharder

BETWEEN THE LINES PRODUCTIONS
CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Search this website... [Search]

E-mail: info@twiharder.com

Home | Cast & Crew | Photos | Official Merchandise | Music & Downloads | Twiharder Way Harder | News/Blog

## Laura Niles

White Girl played by Laura Niles

### Latest News
Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations
[Donate]
VISA

### Newsletter

### Official twiharder Fan Club
Email:

[Submit]
BETWEENTHELINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories
- Uncategorized

### Recent Posts
- Welcome To Twiharder!

# twiharder

BETWEEN THE LINES PRODUCTIONS

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

E-mail: info@twiharder.com

Search this website... [Search]

- Home
- Cast & Crew
- Photos
- Official Merchandise
- Music & Downloads
- Twiharder Way Harder
- News/Blog

## Lawonna Rashad

Black Gurl played by Lawonna Rashad

### Latest News

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

### Merchandise

### Donations

[Donate]

### Newsletter

### Official twiharder Fan Club

Email:

[Submit]

BETWEENTHELINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

### Categories

- Uncategorized

### Recent Posts

- Welcome To Twiharder!

# twiharder

BETWEEN THE LINES PRODUCTIONS

CREATED BY JOHN GEARRIES & CHRISTOPHER SEAN

Search this website... **Search**

E-mail: info@twiharder.com

Home | Cast & Crew | Photos | Official Merchandise | Music & Downloads | Twiharder Way Harder | News/Blog

## Greg Mantell

### Greg Mantell as himself

Greg Mantell is the host of The Gregory MANTELL Show, the most successful Internet-based talk show. With more than 330 episodes in the can, Greg has received praise for his insightful interviews. He was recently interviewed by faculty at The Newhouse School of Journalism at Syracuse University, one of the nation's leading journalism schools, for a book about the secrets of great interviewers.

**Latest News**

Check out the News page for recent Red Carpet & Television interviews with the stars from TWIHARDER!

**Merchandise**

**Donations**

Donate

**Newsletter**

Official twiharder Fan Club

Email:

Submit

BETWEENTHELINES PRODUCTIONS

Our strict privacy policy keeps your email address 100% safe & secure.

**Categories**

Uncategorized

**Recent Posts**

Welcome To Twiharder!



cafepress

Shop CafePress ▼ | Search CafePress | Search    Sign In | Your Account | Help | Currency: ▇ USD▼ | Cart

# Twiharder Official Merchandise

**Categories:**
- Men's Shirts
- Women's Shirts
- Women's Sweatshirts / Outerwear
- Kids
- Baby
- Hats & Accessories
- Undergarments and Pajamas
- Bags & Wallets
- Cases & Covers
- Drinkware
- Home
- Office
- Buttons & Magnets
- Stickers & Signs
- Stationery
- Auto
- Pets

Like
Share
Sign up for the newsletter!

Get your own FREE shop & make $$!



**Shop for one-of-a-kind gifts**
Most orders ship in 24 hours!

WELCOME TWIHARDER FANS! You have reached the official TWIHARDER online store. We have it all from hats to thongs. Take a peek..hehe. Check out the different pictures and logos. Have fun making your very own TWIHARDER item. P.S. STAY HARD!

## Men's Shirts    (back to top)


Between the Lines T-Shirt
$20.99


MORE COLORS AVAILABLE
Light T-Shirt
$23.99


Fitted Wolf Pack T-Shirt
$22.99


Yellow Double-sided T-Shirt
$23.99


Green T-Shirt
$23.99


MORE COLORS AVAILABLE
Organic Men's Fitted T-Shirt
$25.99


twiharder way harder T-shirt
$19.99


Sleeveless Tee
$23.99


MORE COLORS AVAILABLE
Ringer T
$20.99


MORE COLORS AVAILABLE
Men's Fitted T-Shirt (dark)
$27.99


MORE COLORS AVAILABLE
twiharder Dark T-Shirt
$25.99

## Women's Shirts
(back to top)


MORE COLORS AVAILABLE
Jr. Jersey T-Shirt
$24.99


Women's T-Shirt
$21.99


MORE COLORS AVAILABLE
Jr. Spaghetti Tank
$17.99


MORE COLORS AVAILABLE
Women's Bella Swan T-Shirt
$21.99


MORE COLORS AVAILABLE
Jr. Ringer T-Shirt
$23.99


Women's Tank Top
$23.99


MORE COLORS AVAILABLE
Women's Fitted T-Shirt (dark)
$26.99


MORE COLORS AVAILABLE
Organic Women's Fitted T-Shirt (dark)
$27.99


MORE COLORS AVAILABLE
Organic Women's Fitted T-Shirt
$25.99


Women's Plus Size V-Neck Dark T-Shirt
$25.99


Women's Plus Size V-Neck T-Shirt
$29.99


Women's Plus Size Scoop Neck Dark T-Shirt
$30.99


Women's Plus Size Scoop Neck T-Shirt
$29.99


MORE COLORS AVAILABLE
Women's V-Neck Dark T-Shirt
$25.99


Women's Bedford Mullen T-Shirt
$20.99


MORE COLORS AVAILABLE
Women's Dark T-Shirt
$26.99


MORE COLORS AVAILABLE
JB Lycan T-Shirt
$21.99

## Women's Sweatshirts / Outerwear (back to top)



Women's Performance Jacket
$44.99

## Kids (back to top)

   

MORE COLORS AVAILABLE | MORE COLORS AVAILABLE | MORE COLORS AVAILABLE | MORE COLORS AVAILABLE
Kids Light T-Shirt $19.99 | Organic Kids T-Shirt (dark) $28.99 | Organic Kids T-Shirt $23.99 | Kids Sweatshirt $21.99

  

MORE COLORS AVAILABLE | MORE COLORS AVAILABLE | MORE COLORS AVAILABLE
Kids Hoodie $25.99 | Kids Dark T-Shirt $23.99 | Kids Baseball Jersey $22.99

## Baby (back to top)

  

MORE COLORS AVAILABLE | MORE COLORS AVAILABLE
Toddler T-Shirt $14.99 | Organic Toddler T-Shirt (dark) $27.99 | Organic Toddler T-Shirt $23.99

## Hats & Accessories (back to top)


Trucker Hat
$15.99


MORE COLORS AVAILABLE
Stonewashed Cap
$22.99


MORE COLORS AVAILABLE
Military Cap
$24.99

**Undergarments and Pajamas** (back to top)


Between the Lines
Boxer Shorts
$17.99


Classic Thong
$13.99


MORE COLORS AVAILABLE
Women's Boy Brief
$18.99


MORE COLORS AVAILABLE
Boxer Brief
$20.99

**Bags & Wallets** (back to top)


Tote Bag
$17.99


Messenger Bag
$23.99


Gym Bag
$18.49


MORE COLORS AVAILABLE
Beach Tote
$27.99

**Cases & Covers** (back to top)


MORE COLORS AVAILABLE
twiharder iPhone 4
Slider Case
$24.99

**Drinkware** (back to top)






| | | | |
|---|---|---|---|
| Mug $15.99 | Large Mug $16.99 | Stein $18.99 | Thermos can cooler $19.99 |

   

Stainless Water Bottle 1.0L $19.99

Stainless Water Bottle 0.6L $17.49

Stackable Mug Set (4 mugs) $36.99

Large Thermos Bottle $37.99

  

Thermos Bottle (12 oz) $22.99

Thermos Food Jar $22.99

Ceramic Travel Mug $22.99

## Home

(back to top)

   

MORE COLORS AVAILABLE
Teddy Bear $17.99

Tile Coaster $6.50

Wall Clock $15.99

MORE COLORS AVAILABLE
Keepsake Box $24.99

   

Throw Pillow $20.99

Stadium Blanket $73.49

Modern Wall Clock $37.99

Large Wall Clock $34.99

## Office

(back to top)


Mousepad
$15.99


Calendar Print
$8.99


Wall Calendar
$19.99


Journal
$14.49


Oversized Wall Calendar
$23.99

**Buttons & Magnets** (back to top)


Rectangle Magnet
$5.49

**Stickers & Signs** (back to top)


MORE COLORS AVAILABLE
Sticker (Rectangle)
$4.99


MORE COLORS AVAILABLE
Sticker (Oval)
$4.99


MORE COLORS AVAILABLE
Sticker (Bumper)
$5.49


MORE COLORS AVAILABLE
Sticker (Rectangle 10 pk)
$27.49


MORE COLORS AVAILABLE
Sticker (Oval 10 pk)
$27.49


MORE COLORS AVAILABLE
Sticker (Bumper 10 pk)
$31.99

**Stationery** (back to top)






Postcards (Package of 8)
$10.99

Greeting Cards (Pk of 10)
$19.99

Note Cards (Pk of 10)
$14.99

Greeting Cards (Pk of 20)
$28.99

## Auto (back to top)



License Plate Frame
$14.99

## Pets (back to top)





Wolf Pack Dog T-Shirt
$21.99

Small Pet Bowl
$21.99

Large Pet Bowl
$24.99

Sell your own t-shirts & gifts at CafePress.com
International Sites: Australia   Germany   Canada   United Kingdom   United States & Worldwide
McAfee SECURE TESTED DAILY 20-JUNE

All Content Copyright © 1999-2010 CafePress.com | Tags | Products | Site Map
All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer

From: (310) 228-2252   Origin ID: CIBA
LaTrina Martin
SHEPPARD MULLIN RICHTER HAMPTON
1901 Avenue of the Stars

Los Angeles, CA 90067



J12201205300325

SHIP TO: (310) 228-3723    BILL SENDER
**John Gearries**
**Between the Lines Productions, LLC**
**600 S. Curson Avenue, #314**

**Los Angeles, CA 90036**

Ship Date: 27JUN12
ActWgt: 0.3 LB
CAD: 7016058/INET3300

Delivery Address Bar Code



Ref # 22hf-165423
Invoice #
PO #
Dept #

TRK# 7985 6294 3876
0201

THU - 28 JUN A1
PRIORITY OVERNIGHT

**WZ JBPA**

90036
CA-US
**LAX**



515G1/793A/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| From: (310) 228-2252 | Origin ID: CIBA |  | Ship Date: 27JUN12 |
| LaTrina Martin | | FedEx Express | ActWgt: 0.3 LB |
| SHEPPARD MULLIN RICHTER HAMPTON | | | CAD: 7016058/INET3300 |
| 1901 Avenue of the Stars | | | |
| Los Angeles, CA 90067 | | | Delivery Address Bar Code |

J122012O5300325

SHIP TO: (800) 720-9816        BILL SENDER
**Triad Web Design**

3344 Six Forks Rd,

Raleigh, NC 27609

Ref # 22hf-165423
Invoice #
PO #
Dept #

TRK# 7985 6294 7389
0201



XH RZZA

THU - 28 JUN A1
PRIORITY OVERNIGHT

27609
NC-US
RDU



515G1/7SGA/AA44

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue        6/27/2012

**Proof Of Service For:**
**Between the Lines LLC v. Lions Gate Entertainment Corp., et al.**
**Case No. 2:14-cv-00104-R (PJWx)**

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6055.

On **January 27, 2014**, I served the following document(s) described as **DEFENDANTS LIONS GATE ENTERTAINMENT CORP.'S AND SUMMIT ENTERTAINMENT, LLC'S ANSWER; COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S COUNTERCLAIMS; AND DEFENDANTS' REQUEST FOR JURY TRIAL** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| James H. Freeman, Esq. | Steve Lowe, Esq. |
| JH FREEMAN LAW | LOWE & ASSOCIATES, P.C. |
| 3 Columbus Circle, 15th Floor | 11400 Olympic Blvd., Suite 640 |
| New York, NY 10019 | Los Angeles, CA 90064 |
| Tel: (212) 931-8535 / Fax: (212) 496-5870 | Tel: (310) 477-5811 / Fax: (310) 477-7672 |
| james@jhfreemanlaw.com | steven@lowelaw.com |

☒ **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Overnight Delivery:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **By Facsimile:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.228.3701. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. A copy of that report is attached to this declaration.

☐ **By E-Mail Or Electronic Transmission:** Based on a court order or agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. The electronic notification address from which I served the documents(s) is lmartin@sheppardmullin.com.

☐ **By Hand Delivery:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **By CM/ECF Notice of Electronic Filing:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 27, 2014**, at Los Angeles, California.

LaTrina A. Martin

-46-