| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>JILL M. PIETRINI (Cal. Bar No. 138335)<br>jpietrini@sheppardmullin.com<br>PAUL A. BOST (Cal. Bar No. 261531)<br>pbost@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC a California limited liability company,<br><br>              Plaintiff,<br><br>        v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 2:14-cv-00104-R (PJWx)<br><br>**NOTICE OF DENIAL OF PLAINTIFF'S PETITION FOR A WRIT OF MANDAMUS TO VACATE JUDGE RAKOFF'S TRANSFER ORDER OF JANUARY 6, 2014**<br><br>Judge:  Hon. Manuel L. Real |

Defendants Lions Gate Entertainment Corp. and Summit Entertainment, LLC (collectively, "Defendants") hereby notify the Court of the Second Circuit Court of Appeals' ruling on plaintiff Between the Lines Productions, LLC's ("Plaintiff") Petition for a Writ of Mandamus to Vacate Judge Rakoff's Transfer Order of January 6, 2014 ("Petition").  By order issued yesterday, May 14, 2014, the Second Circuit Court of Appeals has denied the Petition.  A true and correct copy of the Second Circuit Court of Appeals' order is attached hereto as **Exhibit A** and is docketed as Document 16 in Case No. 14-920.  The Second Circuit Court of

1  Appeals denied the Petition without oral argument and without requesting
2  opposition briefing by Defendants.
3
4                              Respectfully submitted,
5                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
6
7  Dated: May 15, 2014         By: /s/ Paul A. Bost
                                   Jill M. Pietrini
8                                  Paul A. Bost
9
                                   Attorneys for Defendants
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On May 15, 2014, I served true copies of the following document(s) described as **NOTICE OF DENIAL OF PLAINTIFF'S PETITION FOR A WRIT OF MANDAMUS TO VACATE JUDGE RAKOFF'S TRANSFER ORDER OF JANUARY 6, 2014** on the interested parties in this action as follows:

| | |
|---|---|
| James H. Freeman, Esq.<br>J.H. Freeman Law<br>3 Columbus Circle, 15 FL<br>New York, NY 10019<br>Tel: (212) 931-8535<br>Fax: (212) 496-5870<br>james@jhfreemanlaw.com | Steve Lowe, Esq.<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Boulevard, Suite 640<br>Los Angeles, CA 90064<br>Tel: (310) 477-5811<br>Fax: (310) 477-7672<br>steve@lowelaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2014, at Los Angeles, California.

/s/ Lynne Thompson
Lynne Thompson

SMRH:423806955.1

# EXHIBIT A

S.D.N.Y.–N.Y.C.<br>
13-cv-3584<br>
13-cv-8899<br>
Rakoff, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand fourteen.

Present:

    Amalya L. Kearse,
    Chester J. Straub,
    Susan L. Carney,
        *Circuit Judges.*

*In re* Between the Lines Productions, L.L.C.,    14-920

        *Petitioner.*

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See In re von Bulow*, 828 F.2d 94, 96 (2d Cir. 1987).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

SAO-MJM