UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-104-R                                                        Date: SEPTEMBER 18, 2014

Title:  BETWEEN THE LINES PRODUCTIONS, L.L.C. - V.- LIONS GATE ENTERTAINMENT
                                                                             CORP. et al
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

          Christine Chung                                      None Present
          Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

          None                                                 None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
               SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT


   The Court has determined that Counter-Defendant Between the Lines Production Motion for Judgment on the Pleadings as to Partial Summary Judgment as to Count I, Count II, and Count IV of Summit's Counterclaims [60] set for hearing on October 6, 2014 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of October 6, 2014 at 10:00 A.M. is VACATED and TAKEN OFF CALENDAR.  Briefing schedule remains the same.

   The Court will issue its ruling on the matter in due course.

   **IT IS SO ORDERED.**


MINUTES FORM 11                                                Initials of Deputy Clerk ___CCH____
CIVIL -- GEN