SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Defendants and
Counterclaimant

*Denied. The court considered all matters set forth in the request. There is no 9-24-2014*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:14-cv-00104-R (PJWx)<br><br>ORDER DENYING DEFENDANTS LIONS GATE ENTERTAINMENT CORP. AND SUMMIT ENTERTAINMENT, LLC'S EX PARTE APPLICATION REQUESTING (1) RECONSIDERATION OF THE COURT'S ORDER OF SEPTEMBER 15, 2014 OR, IN THE ALTERNATIVE, (2) THE EXTENSION OF THE DISCOVERY CUT-OFF<br><br>Judge: Hon. Manuel L. Real<br><br>Trial Date: November 25, 2014 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Lions Gate Entertainment Corp. and Defendant and Counterclaimant Summit Entertainment, LLC ("Summit") (collectively, "Defendants") hereby respectfully apply *ex parte* for reconsideration of the Court's order of September 15, 2014 [Dkt. No. 65], denying Defendants'

**DENIED**
9-24-2014