SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
pbost@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Defendant and Counterclaimant
Summit Entertainment, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:14-cv-00104-R (PJWx)<br><br>**DEFENDANT AND COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 12 TO PRECLUDE PLAINTIFF AND COUNTER-DEFENDANT BETWEEN THE LINES PRODUCTIONS FROM INTRODUCING EVIDENCE OR ARGUMENT RELATED TO ITS DISMISSED ANTITRUST CLAIM**<br><br>Hon. Judge Manuel L. Real<br><br>Hearing Date:  November 25, 2014<br>Time:           9:00 a.m.<br>Ctrm:           8<br><br>Complaint filed:     Dec. 16, 2013<br>Counterclaims filed: Jan. 27, 2014<br>Trial Date:          Nov. 25, 2014 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 25, 2014 at 9:00 a.m., or at another date and time as ordered by the Court, in the United States District Court, Central District of California, located at 312 North Spring Street, Los Angeles, California 90012-4701, Defendant and Counterclaimant Summit Entertainment, LLC ("Summit") will and hereby does move this Court for an order precluding Plaintiff and Counter-Defendant Between the Lines Productions, LLC ("BTL") from introducing evidence, testimony or argument related to the antirust claim it asserted against Summit and former defendant Lions Gate Entertainment Corp. ("Lions Gate")[1] in the previous action that BTL voluntarily dismissed.

This motion is made on the grounds the evidence related to BTL's voluntarily dismissed antitrust claim is irrelevant to BTL's claims and defenses in this action, and admission of such evidence would only serve to confuse the issues, waste time, prejudice Summit and lead the jury to reach a conclusion based on BTL's irrelevant and unproven contention that Summit has violated the Sherman Antitrust Act.

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

/ / /

/ / /

/ / /

/ / /

---

[1] On October 20, 2014, the Court granted Lions Gate's motion for summary adjudication as to all claims against it. (Dkt. 95.) Lions Gate is no longer a party to this action.

1  This motion is made following the conference of counsel pursuant to Local Rule 7-
2  3, which took place on October 21, 2014.  (Bost Decl. ISO MIL No. 1 ¶ 6.)

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  October 28, 2014         By: /s/ Jill M. Pietrini
                                     Jill M. Pietrini

                                 Attorneys for Defendants and Counterclaimant

2

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On October 28, 2014, I served true copies of the following document(s) described as **DEFENDANT AND COUNTERCLAIMANT SUMMIT ENTERTAINMENT, LLC'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 12 TO PRECLUDE PLAINTIFF AND COUNTER-DEFENDANT BETWEEN THE LINES PRODUCTIONS FROM INTRODUCING EVIDENCE OR ARGUMENT RELATED TO ITS DISMISSED ANTITRUST CLAIM** on the interested parties in this action as follows:

| | |
|---|---|
| James H. Freeman, Esq.<br>J.H. Freeman Law<br>3 Columbus Circle, 15 FL<br>New York, NY 10019<br>Tel: (212) 931-8535<br>Fax: (212) 496-5870<br>james@jhfreemanlaw.com | Steve Lowe, Esq.<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Boulevard, Suite 640<br>Los Angeles, CA 90064<br>Tel: (310) 477-5811<br>Fax: (310) 477-7672<br>steve@lowelaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2014, at Los Angeles, California.

/s/ Lynne Thompson
Lynne Thompson

SMRH:434544255.2

3