SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
pbost@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Defendants and Counterclaimant

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>        v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 2:14-cv-00104-R (PJWx)<br><br>[PROPOSED] JUDGMENT GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION<br><br>Date:   October 20, 2014<br>Time:   10:00 a.m.<br>Ctrm:   8<br>Judge:  Hon. Manuel L. Real |
| AND RELATED COUNTERCLAIMS. | Complaint filed: Dec. 16, 2013<br>Trial Date:           Nov. 25, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The motion for summary adjudication (Dkt. 71) of Defendant Lions Gate Entertainment Corp. ("Lions Gate") and Defendant and Counterclaimant Summit Entertainment, LLC ("Summit") (collectively, "Defendants") came for hearing on October 20, 2014. Having read and considered Defendants' motion, the papers filed in support thereof and the papers filed in opposition thereof, and all argument of the parties, the Court finds that Defendants' motion is GRANTED IN PART AND DENIED IN PART. Accordingly, the Court HEREBY ORDERS as follows:

1. Lions Gates' motion as to all claims against it is GRANTED. There is no triable issue of material fact as to whether Lions Gate is a proper party for Count I (Non-Infringement), Count II (Non-Infringement/Non-Dilution) and Count III (Prima Facie Tort) in Plaintiff and Counter-Defendant Between the Lines Productions, LLC's ("BTL") complaint in this matter (Dkt. 1.) As such, summary adjudication in favor of Lions Gate as to all claims in BTL's complaint is proper.

2. Summit's motion as to Count III (Prima Facie Tort) is DENIED. There is an issue of material fact as to whether Summit's statute of limitations defense acts as a bar to Count III. Accordingly, summary adjudication on statute of limitations grounds on Count III against Lions Gate is improper.

3. Summit's motion as to the following affirmative defenses in BTL's answer to Summit's counterclaims (Dkt. 45) is GRANTED because there are no triable issues of material fact:

    (a) First Defense (Failure To State A Claim)
    (b) Fourth Defense (Waiver/Forfeiture)
    (c) Fifth Defense (Estoppel)
    (d) Seventh Defense (Unclean Hands)
    (e) Eighth Defense (Illegality)
    (f) Ninth Defense (Acquiescence)
    (g) Tenth Defense (License)

  (h) Eleventh Defense (Assumption of Risk)

  (i) Fourteenth Defense (Preemption)

  (j) Sixteenth Defense (Invalidity)

  (k) Seventeenth Defense (Independent Creation)

  (l) Eighteenth Defense (Improper Transfer of Venue under 28 U.S.C. 1404(a))

4. Summit's motion as to the following affirmative defenses in BTL's answer to Summit's counterclaims is DENIED because there are triable issues of fact:

  (a) Second Defense (Laches)

  (b) Third Defense (Statute of Limitations)

**IT IS SO ORDERED.**

Date: 10-30-14

Hon. Manuel L. Real