UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-104-R                                    Date: NOVEMBER 14, 2014

Title:  BETWEEN THE LINES PRODUCTIONS, L.L.C. -V.- LIONS GATE ENTERTAINMENT
CORP. et al
========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                          None Present
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                             None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)  RE-SETTING DATES


**COUNSEL ARE NOTIFIED** that on the Court's own motion, the hearings on Defendant/Counterclaimant Summit Entertainment LLC's Motion for Summary Adjudication (docket number 91) and Counter-defendant Between the Lines Productions, L.L.C.'s Motion for Summary Judgment (docket number 93)  are hereby continued from November 17, 2014 to MONDAY,DECEMBER 8, 2014 AT 10:00 A.M.

The hearing on Defendant Summit Entertainment LLC's Motions in Limine Nos. 1-13, and 14 filed October 28, 2014 (docket number 103-115, 117), along with the FINAL PRETRIAL CONFERENCE are hereby CONTINUED to MONDAY, JANUARY 5, 2015 at 10:00 a.m.

The JURY TRIAL is continued to FEBRUARY 3, 2015 at 9:00 a.m.

cc: counsel of record

MINUTES FORM 11                                    Initials of Deputy Clerk ___cch___
CIVIL -- GEN