JAMES H. FREEMAN, ESQ.
*Admitted Pro Hac Vice*
JH FREEMAN LAW
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: (212) 931-8535 /
Fax: (212) 496-5870
james@jhfreemanlaw.com

STEVE LOWE, ESQ. (Cal. Bar #122208)
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Tel: (310) 477-5811 / Fax: (310) 477-7672
steven@lowelaw.com

*Attorneys for Counter-Defendant BTLP*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company<br><br>Defendant.<br><br>SUMMIT ENTERTAINMENT, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BETWEEN THE LINES PRODUCTIONS, LLC,<br><br>Counter-Defendant. | Case No. 2:14-cv-00104-R (PJWx)<br><br>Hon. Judge Manuel L. Real<br><br>**[PROPOSED] ORDER AND JUDGMENT GRANTING BTLP'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 2, 2015<br><br>10:00 a.m.<br><br>Trial Date: March 10, 2015 |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that counter-defendant and plaintiff Between the Lines Productions LLC's ("BTLP") motion for summary judgment against counterclaimant and defendant Summit Entertainment, LLC ("Summit") is GRANTED.

IT IS ORDERED that judgment is entered against counterclaimant Summit on the following:

(1) Summit's first counterclaim [Count I] for false designation of origin/unfair competition under 15 U.S.C. § 1125(c); and

(2) Summit's second counterclaim [Count II] for trademark infringement under 15 U.S.C. § 1114 and common law; and

(3) Summit's third counterclaim [Count III] for trademark dilution by blurring and tarnishment under 15 U.S.C. § 1125(c) and Cal. Bus. & Prof. Code § 14247; and

(4) Summit's fourth counterclaim [Count IV] for unfair competition under Cal Bus. & Prof. Code §§ 17200 *et seq.* and common law; and

(5) Summit's fifth counterclaim [Count V] for copyright infringement under 17 U.S.C. 101, *et seq.*

IT IS FURTHER ORDERED that judgment is entered against defendant Summit on the following:

(6) BTLP's first cause of action for declaratory judgment for non-infringement of Summit's copyright interests pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, 106-107;

(7) BTLP's second cause of action for declaratory judgment of non-infringement / non-dilution of Summit's trademarks

and servicemarks pursuant to the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*;

**IT IS SO ORDERED.**

Date: _____    _____

**Hon. Manuel L. Real**