1  JAMES H. FREEMAN
   *Admitted Pro Hac Vice*
2  JH FREEMAN LAW
3  3 Columbus Circle, 15th Floor
   New York, NY 10019
4  Tel: (212) 931-8535
5  james@jhfreemanlaw.com

6  STEVE LOWE (Cal. Bar #122208)
   LOWE & ASSOCIATES, P.C.
7  11400 Olympic Blvd., Suite 640
   Los Angeles, CA 90064
8  Tel: (310) 477-5811 / Fax: (310) 477-7672
   steven@lowelaw.com
9
10 *Attorneys for Plaintiff*

*[Handwritten: Denied no good cause is shown. [signature] 2-26-15]*

11                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
12                       WESTERN DIVISION

13 BETWEEN THE LINES              Case No. 2:14-cv-00104-R (PJWx)
14 PRODUCTIONS, LLC, a            *[Handwritten: ORDER DENYING]*
   California limited liability   **[PROPOSED] ORDER TO**
15 Company,                       **CONTINUE THE HEARING DATE**
                                  **OF MARCH 2, 2015 UNTIL APRIL 6,**
16      Plaintiff,                **2015 AND TO RE-SET TRIAL DATE**
                                  **ACCORDINGLY**
17      vs.

18 LIONS GATE ENTERTAINMENT       Hon. Judge Manuel L. Real
   CORP., a British Columbia
19 corporation, and
   SUMMIT ENTERTAINMENT,
20 LLC, a Delaware limited liability  Trial Date: March 10, 2015
   company
21
        Defendants.
22 ----------------------------------------
   SUMMIT ENTERTAINMENT, LLC,
23
        Counterclaimant
24      vs.

25 BETWEEN THE LINES
   PRODUCTIONS, LLC
26
        Counter-Defendants
27
28

1 | FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Between the
2 | Lines Productions, LLC's *ex parte* application for an order to continue the
3 | scheduled hearing date of March 2, 2015 until April 6, 2015 is GRANTED.
4 | The Final-Pre-Trial Conference, Between the Lines Productions' motion for
5 | summary judgment [Docket No. 135] and Summit's Motions in Limine are
6 | rescheduled for April 6, 2015.

8 | IT IS FURTHER ORDERED that the trial date is re-set for _____.

10 | **IT IS SO ORDERED:**

12 | Date: 2-26-2015

**DENIED**

Hon. Manuel L. Real