SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
pbost@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>     v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:14-cv-00104-R (PJWx)<br><br>**JOINT REPORT ON SETTLEMENT**<br><br>**Final Pre-Trial Conference:**<br>Date:   April 20, 2015<br>Time:   10:00 a.m.<br>Ctrm:   8<br>Judge:  Hon. Manuel L. Real<br><br>Complaint filed:   Dec. 16, 2013<br>Trial Date:        TBD |

1    Pursuant to Local Rule 16-2.9, the parties Plaintiff and Counter-Defendant
2 Between the Lines Productions, LLC ("BTL") and Defendant and Counterclaimant
3 Summit Entertainment, LLC ("Summit") jointly submit this report on settlement for
4 the Court's consideration in advance of the upcoming final pre-trial conference.
5    Since BTL's initiation of its first lawsuit against Summit relating to the
6 *Twiharder* motion picture, the parties have discussed and attempted to negotiate a
7 settlement on various occasions.  Shortly after the first lawsuit was filed in 2013,
8 Summit contacted BTL's former counsel – who had represented BTL during the
9 parties' pre-lawsuit exchange of letters – regarding settlement.  On September 9,
10 2013, Summit arranged and paid for a mediation conference before mediator Joel
11 Grossman, Esq., which conference was attended by the party representatives and
12 their counsel, but was unsuccessful in producing a settlement agreement.
13    The parties continued their settlement discussions after BTL dismissed its
14 first lawsuit pursuant to Fed.R.Civ.P 41(a)(1) and filed its second lawsuit.  Prior to
15 the Court's dismissal of BTL's prima facie tort claim, Summit – through a non-
16 attorney representative, Russell Binder, Summit's licensing agent – initiated
17 settlement discussions with BTL's principals, which were unsuccessful.  After the
18 Court's dismissal of BTL's prima facie tort claim, Summit arranged and paid for a
19 mediation conference before the Hon. Dickran Tevrizian (Ret.) on January 5, 2015,
20 which conference was attended by the party representatives and their counsel, but
21 was unsuccessful in producing a settlement agreement.
22    After the hearing on BTL's motions for summary judgment on March 16,
23 2015 and the Court's clear admonition that this case should settle, Summit again
24 arranged and paid for a second mediation conference before Judge Tevrizian (third
25 mediation conference overall) on March 19, 2015, which was attended in person by
26 Summit and its counsel and attended telephonically by BTL and its counsel.  The
27 conference did not result in a settlement agreement.  However, Summit, with the
28 assistance of Judge Tevrizian, has continued to press for a potential settlement of

-1-

this dispute.  Without revealing the confidential nature of the parties' discussions and negotiations, the parties have reached agreement on the majority of the settlement terms.  BTL has not yet decided on the last material term proposed by Summit.

                              Respectfully submitted,

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  April 9, 2015        By:    /s/Jill M. Pietrini
                                            Jill M. Pietrini
                                            Paul A. Bost
                                            Benjamin O. Aigboboh

                                            Attorneys for Defendant and Counterclaimant Summit Entertainment, LLC

Dated:  April 9, 2015        By:    /s/James H. Freeman
                                              James H. Freeman

                                            Attorney for Plaintiff and Counter-Defendant Between the Lines Productions, LLC

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On April 9, 2015, I served true copies of the following document(s) described as **JOINT REPORT ON SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| James H. Freeman, Esq.<br>J.H. Freeman Law<br>3 Columbus Circle, 15 FL<br>New York, NY 10019<br>Tel: (212) 931-8535<br>Fax: (212) 496-5870<br>james@jhfreemanlaw.com | Steve Lowe, Esq.<br>LOWE & ASSOCIATES, P.C.<br>11400 Olympic Boulevard, Suite 640<br>Los Angeles, CA 90064<br>Tel: (310) 477-5811<br>Fax: (310) 477-7672<br>steve@lowelaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 9, 2015, at Los Angeles, California.

/s/Lynne Thompson
Lynne Thompson

SMRH:436914326.2