JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
pbost@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Defendants and Counterclaimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BETWEEN THE LINES PRODUCTIONS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIONS GATE ENTERTAINMENT CORP., a British Columbia corporation, and SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:14-cv-00104-R (PJWx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:　Hon. Manuel L. Real<br><br>Complaint filed:　Dec. 16, 2013<br>Trial Date:　N/A |

The Court, having considered the Stipulation of Dismissal With Prejudice of Plaintiff and Counter-Defendant Between the Lines Productions, LLC ("BTL") and Defendant and Counterclaimant Summit Entertainment, LLC ("Summit"), and finding good cause therefore, enters the following order of dismissal:

1. BTL and Summit have reached a settlement resolving all claims at issue in this case;

2. BTL hereby dismisses with prejudice all claims for relief it asserted against Summit in this action in their entirety.

3. Summit hereby dismisses with prejudice all claims for relief it asserted against BTL in this action in their entirety.

4. BTL and Summit shall each bear its own costs and attorneys' fees in connection with this action and the settlement thereof.

5. This Order is a final judgment and shall not be subject to appeal by BTL or Summit.

**IT IS SO ORDERED.**

Date: August 6, 2015

**Hon. Manuel L. Real**

-1-